# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Charles Paxton Paret, | ) | Case No. 23-217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| Charles Paret, | ) | |
| | ) | Adv. Case No. _____ |
| Plaintiff, | ) | |
| | ) | State Court Case 2023-CAB-004507 |
| v. | ) | |
| | ) | |
| Daniel Huertas, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Comes now Daniel Huertas ("Mr. Huertas" or the "Defendant"), by and through undersigned counsel, pursuant to Section 1452 of Title 28 of the United States Code, Section 1334 of Title 28 of the United States Code, and Federal Rule of Bankruptcy Procedure 9027, and hereby gives notice of the removal of the above-captioned matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia (which, as noted *infra*, results in the referral of the matter to the United States Bankruptcy Court for the District of Columbia), and in support thereof notes as follows:

1. This is a civil action commenced in the Superior Court for District of Columbia on or about July 24, 2023.

2. On August 4, 2023, an involuntary petition for bankruptcy relief was filed against Charles Paret ("Mr. Paret" or the "Debtor") in the United States Bankruptcy Court for the District of Columbia, with an order for relief thereafter being issued on August 31, 2023.

3. This lawsuit seeks a declaratory judgment as to the existence, *vel non*, of a partnership between the Debtor and Mr. Huertas, the principal of WCP Fund I LLC.

4. The Debtor's litigation rights in this matter are an asset of his bankruptcy estate, pursuant to Section 541 of Title 11 of the United States Code.

5. Any partnership interest of the Debtor is an asset of his bankruptcy estate, pursuant to Section 541 of Title 11 of the United States Code.

6. This is a core proceeding pursuant to Section 157(b)(2)(O) of Title 28 of the United States Code.

7. Pursuant to DCt.LBR 5011-1, this matter is automatically referred to the United States Bankruptcy Court for the District of Columbia upon being removed from the Superior Court of the District of Columbia.

8. Attached hereto as Exhibit A is "a copy of all process and pleadings."

9. A copy of this notice is being docketed in the Superior Court of the District of Columbia, in a manner substantially contemporaneous with its filing herein, sans Exhibit A.

10. Mr. Huertas consents to the entry of final orders or judgments of the United States Bankruptcy Court for the District of Columbia.

*[Signature and Certificate of Service on Following Page]*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 1, 2023 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | Bar No. MD18071 |
|  | The VerStandig Law Firm, LLC |
|  | 1452 W. Horizon Ridge Pkwy, #665 |
|  | Henderson, Nevada 89012 |
|  | Phone: (301) 444-4600 |
|  | Facsimile: (301) 444-4600 |
|  | mac@mbvesq.com |
|  | *Counsel for Mr. Huertas* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2023, a copy of the foregoing was sent, via first class mail, postage prepaid, to:

Charles Paxton Paret
1140 3rd Street, NE
Suite 2152
Washington, DC 20002

Charles Paxton Paret
343 First Street
Berryville, Virginia 22611

Donald M. Temple, Esq.
1310 L Street, NW
Suite 750
Washington, DC 20005
*Counsel for Mr. Paret in
the Superior Court Action*

                                                                 /s/ Maurice B. VerStandig
                                                                 Maurice B. VerStandig