Case 23-10025-ELG    Doc 1-1    Filed 09/01/23    Entered 09/01/23 20:42:11    Desc
Exhibit A - All Process and Pleadings    Page 1 of 14

eFiled
07/24/2023 2:56:09 PM
Superior Court
of the District of Columbia

IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES PARET )<br>343 First Street )<br>Berryville, VA 22611 )<br> )<br>    *Plaintiff,* )<br> )<br>v. )<br> )<br>DANIEL HUERTAS, )<br>909 Chinquapin Road )<br>McClean, VA 22102 )<br> )<br> )<br>    *Defendant* )<br>_____ ) | CIVIL ACTION NO. 2023-CAB-004507 |

## COMPLAINT FOR DECLARATORY RELIEF

COMES NOW, Plaintiff, Charles Paret, by and through the undersigned counsel, and hereby files this civil action for declaratory relief as follows.

### JURISDICTION AND VENUE

1. This court has subject matter and personal jurisdiction over this matter based on D.C. Code § 11-921. Venue is proper because the actions complained of herein occurred within the District of Columbia. ("D.C.").

### THE PARTIES

2. For the purposes of this Complaint, the term Plaintiff refers to Mr. Charles Paret (hereinafter "Paret").

3. Defendant Daniel Huertas is a resident of Virginia (hereinafter "Huertas").

## SUMMARY OF THE CASE

4. The case involves an alleged statutory and/or common law partnership relationship between the parties, to wit, Paret's financial and real estate dealings with Defendant Huertas.

## FACTS COMMON TO ALL CLAIMS

5. Under the D.C. Uniform Partnership Act at D.C. Code Section 29-602.029(a) "the association of two or more persons to carry on as co-owners of a business for profit shall form a partnership."

6. Notably, the test for determining the existence of a partnership is an objective one.

7. Courts generally look for precise indicia of partnerships such as the writings between Messrs. Paret and Huertas herein to show a partnership, including by not limited to profit sharing, joint control, and capital contributions.

8. The case involves the Paret-Huertas Partnership between the parties, a partnership to which Huertas agreed. On September 20, 2019, at 2:54 PM Huertas penned an email to Paret stating:

   > "Here is further confirmation that by providing the below capital including future capital to the partnership, this is debt that will be split 51% Daniel Huertas, 49% Charles Paret. Charales Paret will manage day to day operation of all projects (construction, development, stabilization) including in this email. Daniel Huertas will manage all financial aspects related to capital, partnerships, ventures and will have final word related to execution of the real estate. Charles Paret is responsible solely for all debt obligations prior to 9/20/19. (payments) Charles Paret is not going to incur any additional debt or loans against real estate attached to this email or any purchases of any additional real estate. Please return with agree and confirm that we will operate as such."

9. On September 20, 2019, Paret replied to the above terms: "Agree."

10. Pursuant to the Paret-Huertas partnership, between September 12, 2019 through the present, the parties acted substantially and consistently with their expressed partnership

interests. Paret handled the day-to-day operations of all real estate projects. Huertas managed the financial aspects and enjoyed final approval of matters related to capital, partnerships, and ventures, among other things.

11. Since the last quarter of 2019, D.C. real estate purchases and WCF's corresponding loans facilitated by Huertas and/or the partnership, resulted in excess of $100,000,000.00 in total debt and equity.

12. The extent to which this partnership relationship between the parties was disclosed to principals of WCP Fund 1, LL.C. or its lender, 1Sharpe, is not presently known.

13. Paret's partnership interests potentially include, among other things, the profits and losses for all partnership properties, tax filings and implications thereof, security filings related to D.C. real estate transactions with the D.C. Recorder of Deeds, representations made to local government entities, the identification of debtors, and lenders, as well as the relationship and involvement of WCP's primary lenders relative to partnership properties.

14. The Washington, D.C. properties involving the partnership at issue include but are not limited to: 5419 First Street, NW, 205 West Madison St., NW, 1260 Holbrook St., NE, 1249 Bladensburg, Rd., NE, 1264-66-68 Holbrook St., NE, 107 Rhode Island Ave. NW, 1471 Girard St. NW, 4910 Georgia Ave. NW, 71 Kennedy Street, NW, 423 Kennedy St., NW, 429, 431, 433 Kennedy Street NW, 1736-1758 Trinidad Ave. NE, and 1236 Simms Place NE., as well as 159 Fairfield Lane, Berryville, VA.

15. Upon information and belief, Huertas acted on behalf of the partnership relative to its interest in these multiple properties.

16. Huertas was also involved in certain aspects of the property transactions as a trustee and/or substitute trustee in multiple real estate loan transactions in which he or this attorney

3

enjoyed a dual role and obligation owed to both the borrower and the lender. To this extent, Huertas' role directly affected the partnership interests.

## PLAINTIFF'S CLAIM

## (DECLARATORY JUDGMENT REGARDING PARTNERSHIP)

17. Plaintiff incorporates by reference all allegations in Paragraphs 1-16 of this Complaint as if fully alleged herein.

18. Plaintiff seeks appropriate declaratory relief in order to ascertain the parties' respective partnership interests including, but not limited to the aforementioned real estate properties in which the partnership has been involved as purchasers, lenders, investors or otherwise.

19. Plaintiff seeks a complete and detailed accounting regarding the partnership's assets.

20. Plaintiff seeks a constructive trust to establish and clarify the parties' intentions, sharing of profits and losses, joint business control, capital investment, and common ownership of partnership property, among other things.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff urges this court to award the following relief:

A. A declaratory judgment that the parties agreed to and acted as partners, and formed a partnership under D.C. Law;

B. That an accounting be done regarding all partnership assets, income, and exposure, if any;

C. That a constructive trust be established pertinent to any and all partnership assets; and

D. Any and all other injunctive, equitable, or other relief deemed appropriate by this court.

Dated: July 24, 2023                                     Respectfully submitted,

                                                         */s/Donald M. Temple*
                                                         Donald Temple, Esq. #408749
                                                         1310 L Street, NW
                                                         Suite 750
                                                         Washington, DC  20005
                                                         Tel: (202) 628-1101
                                                         Fax: (202) 217-2774
                                                         Counsel for Plaintiff


Jury Trial Demanded for Non-declaratory Relief.



## Superior Court of the District of Columbia
### Civil - Civil Actions Branch
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**(202) 879-1133 | www.dccourts.gov**

**Case Number:** 2023-CAB-004507

**Case Caption:** Charles Paret v. Daniel Huertas

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/17/2023 | 9:30 AM | Remote Courtroom 200 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Carl E Ross. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb200

   Meeting ID: 179 813 6225

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at (202) 879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሃፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

### How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

### How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

  202-879-1133

### Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

     Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

### Tips for the Hearing 

- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

### Special Tips for Video Hearings 
**(Click here for more information)**

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

# Tips for Using DC Courts Remote



The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**



| | |
|---|---|
| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** *No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov

 

# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de l**unes a viernes, de 8:30 am a 4:00 pm**.

**Los centros de acceso remoto son:**

| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |



Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

**Case Caption:**   Charles Paret v. Daniel Huertas

**To:**  Donald M Temple                                              **Case Number:**   2023-CAB-004507

# NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/17/2023** at **9:30 AM** in **Remote Courtroom 200**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

### To Join by Computer, Tablet, or Smartphone:
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb200

   Meeting ID: 179 813 6225

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

### OR To Join by Phone:
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

### Resources and Contact Information:
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Donald M Temple
1310 L Street NW Suite 750
WASHINGTON DC  20005

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

Case 23-10025-ELG    Doc 1-1    Filed 09/01/23    Entered 09/01/23 20:42:11    Desc
Exhibit A - All Process and Pleadings    Page 14 of 14

eFiled
08/23/2023 10:32:36 AM
Superior Court
of the District of Columbia

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA - CIVIL DIVISION**

---

**Charles Paret**

                **Plaintiff**

Case No.: 2023-CAB-004507

                vs.

**Daniel Huertas**

                **Defendant**

---

### AFFIDAVIT OF SERVICE

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Initial Order, Summons in English and Spanish, and Complaint for Declaratory Relief in the above entitled case.

That on 08/17/2023 at 8:25 PM, I personally served Daniel Huertas with the Initial Order, Summons in English and Spanish, and Complaint for Declaratory Relief at 909 Chinquapin Road, McLean, Virginia 22102.

Daniel Huertas is described herein as:

Gender: Male   Race/Skin: White   Age: 47   Weight: 230   Height: 5'11"   Hair: Brown   Glasses: No


I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Sworn to before me on 08/21/2023

*Angela H. Croson*
Angela H. Croson
Notary Public, District of Columbia
My Commission Expires: March 31, 2024

*David S. Felter*
David S. Felter

Client Ref Number: N/A
Job #: 1621983

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050