## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 23-00217-ELG |
| ) | |
| **CHARLES PAXTON PARET,** ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| **CHARLES PAXTON PARET,** ) | Adv. Proc. 23-10025-ELG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **DANIEL HUERTAS,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON MOTION TO INTERVENE AND SUBSTITUTE TRUSTEE FOR DEBTOR AS REAL PARTY IN INTEREST**

Wendell W. Webster, in his capacity as the Chapter 7 Trustee (the "Trustee") for debtor Charles Paxton Paret ("Debtor"), by and through his undersigned attorneys, McNamee Hosea, P.A., have filed a *Motion to Intervene and Substitute Trustee for Debtor as Real Party in Interest Motion to Intervene and Substitute Trustee for Debtor as Real Party in Interest* (the "Motion").

PLEASE TAKE NOTICE THAT BY **October 1, 2023**, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 333 Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED

BY THE COURT WITHOUT A HEARING. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial.

Please take notice that a hearing will be held on October 4, 2023 at 10:00 a.m. on the Motion at the U.S. Courthouse, 333 Constitution Ave., NW, Courtroom 1, Washington, DC, 20001, via Zoom. Parties in interest with questions may contact the undersigned or the courtroom deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

Dated: September 20, 2023            RESPECTFULLY SUBMITTED

/s/ *Justin P. Fasano*
Janet M. Nesse (Bar No. 358514)
Justin P. Fasano (Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Wendell Webster, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, a copy of the foregoing via CM/ECF, upon all parties receiving notice thereby.

/s/ *Justin P. Fasano*
Justin P. Fasano

2