

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION – CIVIL ACTIONS BRANCH**
**500 INDIANA AVENUE NW, Room 5000**
**WASHINGTON, DC 20001**

**FILED**

SEP 2 7 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Date:    **09/26/2023**

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

In Re:                    **Charles Paret v. Daniel Huertas**

Civil Action Number:  **2023-CAB-004507**

U.S. District Number:  **23-217-ELG**

Dear Ms. Angela Caesar:

Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed in the District of Columbia Superior Court on **09/01/2023** . A certified copy of the docket entries is also enclosed.

Please acknowledge receipt of our file on a duplicate copy of this letter, and return it to this Court.

Sincerely,

Joy Jefferson, Branch Chief
Civil Actions Branch

Completed By: Antonia Taylor

Modified: 4/30/2021 jjw

# CASE SUMMARY
## CASE NO. 2023-CAB-004507

| | | | |
|---|---|---|---|
| Charles Paret v. Daniel Huertas | § | Location: | **Civil Actions** |
| | § | Judicial Officer: | **Ross, Carl E** |
| | § | Filed on: | **07/24/2023** |
| | § | U.S. District Court Case Number: | **23-217-ELG** |

### CASE INFORMATION

| | | |
|---|---|---|
| **Statistical Closures** | Case Type: | **Contract** |
| 09/26/2023    Notice of Removal to USDC | Subtype: | **Contract Enforcement** |
| | Case Status: | **09/26/2023  Closed** |

### CASE ASSIGNMENT

| DATE | CASE ASSIGNMENT | |
|---|---|---|
| | **Current Case Assignment** | |
| | Case Number | 2023-CAB-004507 |
| | Court | Civil Actions |
| | Date Assigned | 07/24/2023 |
| | Judicial Officer | Ross, Carl E |

A TRUE TEST COPY

Clerk, Superior Court of
the District of Columbia

By: ___A.Taylor___
**Deputy Clerk**

Date: ___September 26, 2023___

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| Plaintiff | **Paret, Charles** | **Temple, Donald M** |
| | | *Retained* |
| | | 202-628-1101(W) |
| Defendant | **Huertas, Daniel** | |

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|

## EVENTS

| | |
|---|---|
| 09/26/2023 | Case Closed. Notice of Removal. Notices Mailed |
| 09/26/2023 | Notice of Removal Processed and Forwarded to USDC |
| 09/01/2023 | Notice of Removal to US District Court <br> Docketed on: 09/05/2023 <br> Party: Defendant Huertas, Daniel |
| 08/23/2023 | Affidavit/Declaration of Service of Summons and Complaint <br> Docketed On: 08/23/2023 <br> Filed By: Plaintiff Paret, Charles <br> Served On: Defendant Huertas, Daniel |
| 07/25/2023 | Notice eServed to Filer |
| 07/25/2023 | Initial Order [Remote] (Judicial Officer: Ross, Carl E ) |
| 07/24/2023 | Complaint Filed <br> Docketed on: 07/25/2023 <br> Filed by: Plaintiff Paret, Charles; Primary Attorney Temple, Donald M |

## HEARINGS

| | |
|---|---|
| 11/17/2023 | *CANCELED* **Remote Initial Scheduling Conference** (9:30 AM) (Judicial Officer: Ross, Carl E ;Location: Courtroom 200) <br> *Vacated* |

*Printed on 09/26/2023 at 1:32 PM*

# CASE SUMMARY

## CASE NO. 2023-CAB-004507

| DATE | FINANCIAL INFORMATION |
| --- | --- |

**Plaintiff** Paret, Charles

| | |
| --- | ---: |
| Total Charges | 120.00 |
| Total Payments and Credits | 120.00 |
| **Balance Due as of 09/26/2023** | 0.00 |

*Printed on 09/26/2023 at 1:32 PM*

Filed
09/01/2023 8:52:54 PM
Superior Court
of the District of Columbia

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| Charles Paxton Paret, | ) | Case No. 23-217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| Charles Paret, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. _____ |
| | ) | |
| v. | ) | State Court Case 2023-CAB-004507 |
| | ) | |
| Daniel Huertas, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Comes now Daniel Huertas ("Mr. Huertas" or the "Defendant"), by and through undersigned counsel, pursuant to Section 1452 of Title 28 of the United States Code, Section 1334 of Title 28 of the United States Code, and Federal Rule of Bankruptcy Procedure 9027, and hereby gives notice of the removal of the above-captioned matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia (which, as noted *infra*, results in the referral of the matter to the United States Bankruptcy Court for the District of Columbia), and in support thereof notes as follows:

1.      This is a civil action commenced in the Superior Court for District of Columbia on or about July 24, 2023.

1

2.      On August 4, 2023, an involuntary petition for bankruptcy relief was filed against Charles Paret ("Mr. Paret" or the "Debtor") in the United States Bankruptcy Court for the District of Columbia, with an order for relief thereafter being issued on August 31, 2023.

3.      This lawsuit seeks a declaratory judgment as to the existence, *vel non*, of a partnership between the Debtor and Mr. Huertas, the principal of WCP Fund I LLC.

4.      The Debtor's litigation rights in this matter are an asset of his bankruptcy estate, pursuant to Section 541 of Title 11 of the United States Code.

5.      Any partnership interest of the Debtor is an asset of his bankruptcy estate, pursuant to Section 541 of Title 11 of the United States Code.

6.      This is a core proceeding pursuant to Section 157(b)(2)(O) of Title 28 of the United States Code.

7.      Pursuant to DCt.LBR 5011-1, this matter is automatically referred to the United States Bankruptcy Court for the District of Columbia upon being removed from the Superior Court of the District of Columbia.

8.      Attached hereto as Exhibit A is "a copy of all process and pleadings."

9.      A copy of this notice is being docketed in the Superior Court of the District of Columbia, in a manner substantially contemporaneous with its filing herein, sans Exhibit A.

10.     Mr. Huertas consents to the entry of final orders or judgments of the United States Bankruptcy Court for the District of Columbia.

*[Signature and Certificate of Service on Following Page]*

2

Respectfully submitted,

Dated: September 1, 2023

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Mr. Huertas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2023, a copy of the foregoing was

sent, via first class mail, postage prepaid, to:

Charles Paxton Paret
1140 3rd Street, NE
Suite 2152
Washington, DC 20002

Charles Paxton Paret
343 First Street
Berryville, Virginia 22611

Donald M. Temple, Esq.
1310 L Street, NW
Suite 750
Washington, DC 20005
*Counsel for Mr. Paret in*
*the Superior Court Action*

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3

# IN THE SUPERIOR COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES PARET )
343 First Street )
Berryville, VA 22611 )
)  CIVIL ACTION NO. 2023-CAB-004507
)
*Plaintiff,* )
)
v. )
)
DANIEL HUERTAS, )
909 Chinquapin Road )
McClean, VA 22102 )
)
)
*Defendant* )
)

## COMPLAINT FOR DECLARATORY RELIEF

COMES NOW, Plaintiff, Charles Paret, by and through the undersigned counsel, and

hereby files this civil action for declaratory relief as follows.

## JURISDICTION AND VENUE

1.  This court has subject matter and personal jurisdiction over this matter based on D.C. Code

§ 11-921. Venue is proper because the actions complained of herein occurred within the District

of Columbia. ("D.C.").

## THE PARTIES

2.  For the purposes of this Complaint, the term Plaintiff refers to Mr. Charles Paret

   (hereinafter "Paret").

3.  Defendant Daniel Huertas is a resident of Virginia (hereinafter "Huertas").

## SUMMARY OF THE CASE

4.  The case involves an alleged statutory and/or common law partnership relationship

    between the parties, to wit, Paret's financial and real estate dealings with Defendant

    Huertas.

## FACTS COMMON TO ALL CLAIMS

5.  Under the D.C. Uniform Partnership Act at D.C. Code Section 29-602.029(a) "the

    association of two or more persons to carry on as co-owners of a business for profit shall

    form a partnership."

6.  Notably, the test for determining the existence of a partnership is an objective one.

7.  Courts generally look for precise indicia of partnerships such as the writings between

    Messrs. Paret and Huertas herein to show a partnership, including by not limited to profit

    sharing, joint control, and capital contributions.

8.  The case involves the Paret-Huertas Partnership between the parties, a partnership to

    which Huertas agreed. On September 20, 2019, at 2:54 PM Huertas penned an email to

    Paret stating:

    > "Here is further confirmation that by providing the below capital including future
    > capital to the partnership, this is debt that will be split 51% Daniel Huertas, 49%
    > Charles Paret. Charales Paret will manage day to day operation of all projects
    > (construction, development, stabilization) including in this email. Daniel Huertas
    > will manage all financial aspects related to capital, partnerships, ventures and will
    > have final word related to execution of the real estate. Charles Paret is responsible
    > solely for all debt obligations prior to 9/20/19. (payments) Charles Paret is not going
    > to incur any additional debt or loans against real estate attached to this email or any
    > purchases of any additional real estate. Please return with agree and confirm that we
    > will operate as such."

9.  On September 20, 2019, Paret replied to the above terms: "Agree."

10. Pursuant to the Paret-Huertas partnership, between September 12, 2019 through the

    present, the parties acted substantially and consistently with their expressed partnership

2

interests. Paret handled the day-to-day operations of all real estate projects. Huertas managed the financial aspects and enjoyed final approval of matters related to capital, partnerships, and ventures, among other things.

11. Since the last quarter of 2019, D.C. real estate purchases and WCF's corresponding loans facilitated by Huertas and/or the partnership, resulted in excess of $100,000,000.00 in total debt and equity.

12. The extent to which this partnership relationship between the parties was disclosed to principals of WCP Fund 1, LL.C. or its lender, 1Sharpe, is not presently known.

13. Paret's partnership interests potentially include, among other things, the profits and losses for all partnership properties, tax filings and implications thereof, security filings related to D.C. real estate transactions with the D.C. Recorder of Deeds, representations made to local government entities, the identification of debtors, and lenders, as well as the relationship and involvement of WCP's primary lenders relative to partnership properties.

14. The Washington, D.C. properties involving the partnership at issue include but are not limited to: 5419 First Street, NW, 205 West Madison St., NW, 1260 Holbrook St., NE, 1249 Bladensburg, Rd., NE, 1264-66-68 Holbrook St., NE, 107 Rhode Island Ave. NW, 1471 Girard St. NW, 4910 Georgia Ave. NW, 71 Kennedy Street, NW, 423 Kennedy St., NW, 429, 431, 433 Kennedy Street NW, 1736-1758 Trinidad Ave. NE, and 1236 Simms Place NE., as well as 159 Fairfield Lane, Berryville, VA.

15. Upon information and belief, Huertas acted on behalf of the partnership relative to its interest in these multiple properties.

16. Huertas was also involved in certain aspects of the property transactions as a trustee and/or substitute trustee in multiple real estate loan transactions in which he or this attorney

enjoyed a dual role and obligation owed to both the borrower and the lender. To this extent, Huertas' role directly affected the partnership interests.

## PLAINTIFF'S CLAIM

### (DECLARATORY JUDGMENT REGARDING PARTNERSHIP)

17. Plaintiff incorporates by reference all allegations in Paragraphs 1-16 of this Complaint as if fully alleged herein.

18. Plaintiff seeks appropriate declaratory relief in order to ascertain the parties' respective partnership interests including, but not limited to the aforementioned real estate properties in which the partnership has been involved as purchasers, lenders, investors or otherwise.

19. Plaintiff seeks a complete and detailed accounting regarding the partnership's assets.

20. Plaintiff seeks a constructive trust to establish and clarify the parties' intentions, sharing of profits and losses, joint business control, capital investment, and common ownership of partnership property, among other things.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff urges this court to award the following relief:

A. A declaratory judgment that the parties agreed to and acted as partners, and formed a partnership under D.C. Law;

B. That an accounting be done regarding all partnership assets, income, and exposure, if any;

C. That a constructive trust be established pertinent to any and all partnership assets; and

D. Any and all other injunctive, equitable, or other relief deemed appropriate by this court.

4

Dated: July 24, 2023                          Respectfully submitted,


                                              /s/Donald M. Temple
                                              Donald Temple, Esq. #408749
                                              1310 L Street, NW
                                              Suite 750
                                              Washington, DC  20005
                                              Tel: (202) 628-1101
                                              Fax: (202) 217-2774
                                              Counsel for Plaintiff


Jury Trial Demanded for Non-declaratory Relief.

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**CHARLES PARET**

_____
Plaintiff

vs.

**DANIEL HUERTAS**                                          Case Number _____2023-CAB-004507_____

_____
Defendant

## SUMMONS

To the above named Defendant:    Daniel Huertas
909 Chinquapin Rd. McClean, VA 22102

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

| | |
|---|---|
| Donald M. Temple, Esq. | _Clerk of the Court_ |
| Name of Plaintiff's Attorney | |
| 1310 L Street, N.W. #750 | By _____ |
| Address | Deputy Clerk |
| Washington, DC 20005 | |
| 202-628-1101 | Date _____July 25, 2023_____ |
| Telephone | |

如需翻译，請打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오    ናይ ትርጉም ኣገልግሎት ከተልጉ (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

                    contra

_____          Número de Caso: _____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                    Por: _____

_____                       Subsecretario
Dirección

                                    Fecha _____

_____
Teléfono

如需查询,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을원하시면(202)879-4828로전화하십시오         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH
### INFORMATION SHEET

| | |
|---|---|
| CHARLES PARET | Case Number: 2023-CAB-004507 |
| Plaintiff(s) | |
| vs | Date: July 24, 2023 |
| DANIEL HUERTAS | ☐ One of the defendants is being sued |
| Defendant(s) | in their official capacity. |

| Name: *(Please Print)*<br>Donald M. Temple, Esq. | Relationship to Lawsuit |
|---|---|
| Firm Name:<br>Temple Law Offices | ☑ Attorney for Plaintiff |
| Telephone No.:            DC Bar No.:<br>(202) 628-1101        408749 | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE:    ☐ Non-Jury    ☑ 6 Person Jury    ☐ 12 Person Jury
Demand: $_____        Other: Declaratory Judgment

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar #:_____

### NATURE OF SUIT:    *(Check One Box Only)*

**CONTRACT**
- ☑ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

07/24/203
_____
Date

CV-496/February 2023



### Superior Court of the District of Columbia
### Civil - Civil Actions Branch
### 500 Indiana Ave NW, Room 5000, Washington DC 20001
### (202) 879-1133 | www.dccourts.gov

**Case Number:** 2023-CAB-004507

**Case Caption:** Charles Paret v. Daniel Huertas

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/17/2023 | 9:30 AM | Remote Courtroom 200 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Carl E Ross. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb200

   Meeting ID: 179 813 6225

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at (202) 879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሐፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: If you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk when someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
## (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:



| | |
|---|---|
| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location *** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm.**

### Los centros de acceso remoto son:



| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
|---|---|
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al 202-879-1900 al menos **24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

<u>Información de contacto para programar su estación de computadora de acceso remoto:</u>
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA - CIVIL DIVISION

**Charles Paret**

**Plaintiff**

**Case No.: 2023-CAB-004507**

*vs.*

**Daniel Huertas**

**Defendant**

## AFFIDAVIT OF SERVICE

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Initial Order, Summons in English and Spanish, and Complaint for Declaratory Relief in the above entitled case.

That on 08/17/2023 at 8:25 PM, I personally served Daniel Huertas with the Initial Order, Summons in English and Spanish, and Complaint for Declaratory Relief at 909 Chinquapin Road, McLean, Virginia 22102.

Daniel Huertas is described herein as:

Gender: Male   Race/Skin: White   Age: 47   Weight: 230   Height: 5'11"   Hair: Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Sworn to before me on 08/21/2023

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires: March 31, 2024

David S. Felter

Client Ref Number:N/A
Job #: 1621983

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050