

Office of Tax and Revenue
Recorder of Deeds

Home | Search Public Records | Preferences | Print Queue | Print History

**Search Criteria** Verified: 8/05/1921 - 02/27/24

Display: 40 Records per page

Specific Criteria

**No documents were found that match the specified criteria.**

| Name Options: | All Parties; Alpha-Numeric Only (Click to Select) |
| Name: | Paret-Huertas Partnership | ? |
| | (Example: IBM Inc or Smith John) |
| Square: | |
| Lot: | |
| Recorded Date From: | To | User Defined |

