

Home | Search Public Records | Preferences | Print Queue | Print History

**Search Criteria** Verified: 8/05/1921 - 02/27/24

Display: 40    Records per page

Specific Criteria
**No documents were found that match the specified criteria.**

Name Options: All Parties; Alpha-Numeric Only (Click to Select)
Name: Paret Charles    ?
(Example: IBM Inc or Smith John)
Square:
Lot:
Recorded Date From:    To    User Defined



LIVE CHAT