## District of Columbia - Recorder of Deeds

**Search Criteria:** Search Type: Name / Square / Lot; Name: Huertas Daniel; Remove Non-AlphaNumeric Characters: true

**Displaying 1-1 of 1 Items**

| DOCUMENT # | BOOK TYPE | | NAME | | OTHER NAME | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012004108 | LAND | GR | HUERTAS DANIEL | GE | DEPOY ANGELA M | DEED | 01/10/2012 | | 3111 | 0011 |