
**DC Office of Tax and Revenue**


MyTax DC                                                                                     ?

← Home

## Property Details

| SSL | : 4053- -0022 | | Make a Payment |
|---|---|---|---|
| Premise Address | : 1736 MONTELLO AVE NE WASHINGTON DC 20002 | | Balance : |

**Details**   Assessment   Tax Information   Map   Applications and A...

### Details

| Use Code | : 011 - Residential-Single Family (Row) |
|---|---|
| Neighborhood | : 052 - Trinidad |
| Sub-Neighborhood | : A |
| Ward | : 5 |
| Appraiser | : Clarence Galloway |
| Mailing Address | : 2815 HARTLAND RD STE 200 FALLS CHURCH VA 22043-3548 |

### Sales Information

| Instrument Number | : 2022037447 |
|---|---|
| Recordation Date | : 05-Apr-2022 |
| Sale Price | : $150,000.00 |
| Sales Code | : Foreclosure |
| Sales Type | : Improved |

⌄

3/4/24, 9:53 PM    MyTax.DC

Case 23-10025-ELG    Doc 15-5    Filed 03/04/24    Entered 03/04/24 22:16:20    Desc Exhibit 5 - 1736-1738 Montello Ave. NE Washington DC Tax Records    Page 2 of 2

## Owners

Help

| Name |
| --- |
| DP 1736 MONTELLO AVENUE NE LLC |

