# District of Columbia - Recorder of Deeds

**Search Criteria:** Search Type: Name / Square / Lot; Lot: 0022; Square: 4053

## Displaying 1-14 of 14 Items

| DOCUMENT # | BOOK TYPE | NAME | OTHER NAME | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|
| 2018105118 | OPR | GR ROBINSON PRECIOUS | GE 1736 MONTELLO AVE HOLDINGS LLC | DEED | 10/19/2018 | | 4053 | 0022 |
| 2009030275 | LAND | GR BANKERS TRUST COMPANY | GE ROBINSON PRECIOUS | DEED | 03/24/2009 | | 4053 | 0022 |
| 2002102978+ | LAND | GR GHEEN FRED T | GE SALINAS JESUS | DEED | 09/06/2002 | | 4053 | 0022 |
| 2001001343 | LAND | GR MONEY SHOPPE INC | GE GHEEN FRED T | DEED | 01/04/2001 | | 4053 | 0022 |
| 9800077996 | LAND | GR BANK NEW YORK | GE DAVIS ALPHONSO | DEED | 10/02/1998 | 1187/1136 | 4053 | 0022 |
| 9800077996 | LAND | GR BANK OF NEW YORK | GE DAVIS ALPHONSO | DEED | 10/02/1998 | 1187/1137 | 4053 | 0022 |
| 9800077996 | LAND | GR BANK OF NEW YORK | GE DAVIS ALPHONSO | DEED | 10/02/1998 | 1188/1136 | 4053 | 0022 |
| 9800077997 | LAND | GR DAVIS ALPHONSO | GE THE MONEY SHOPPE, INC. | DEED | 10/02/1998 | 1188/1137 | 4053 | 0022 |
| 9800077997 | LAND | GR DAVIS ALPHONSO | GE THE MONEY SHOPPE, INC. | DEED | 10/02/1998 | 1187/1138 | 4053 | 0022 |
| 9800077997 | LAND | GR DAVIS ALPHONSO | GE MONEY SHOPPE INC | DEED | 10/02/1998 | 1187/1137 | 4053 | 0022 |
| 9500010980 | LAND | GR CISNEROS HENRY G | GE PIERRE KEVIN | DEED | 02/15/1995 | 976/1057 | 4053 | 0022 |
| 8700033560 | LAND | GR SMITH BEATRICE | GE GREEN PAMELA | DEED | 06/25/1987 | 261/549 | 4053 | 0022 |
| 1972001440 | LAND | GR MISKIN NATHAN | GE SMITH BEATRICE | DEED | 01/20/1972 | 13306/0629 | 4053 | 0022 |
| 1959016249 | LAND | GR BLACKWELL ELLERBE | GE MISKIN NATHAN | DEED | 05/27/1959 | 11245/426 | 4053 | 0022 |