# District of Columbia - Recorder of Deeds

**Search Criteria:** Search Type: Name / Square / Lot; Lot: 0029; Square: 3391

**Displaying 1-8 of 8 Items**

| DOCUMENT # | BOOK TYPE | | NAME | | OTHER NAME | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022096670 | OPR | GR | 1S 5412 1ST STREET LLC | GE | WCP 5412 1ST STREET LLC | DEED | 09/21/2022 | | 3391 | 0029 |
| 2018074698 | OPR | GR | 5412 1ST ST NW LLC | GE | 5412 1ST ST HOLDINGS LLC | DEED | 07/27/2018 | | 3391 | 0029 |
| 2017113387 | LAND | GR | SMITH BRYAN A | GE | 5412 1ST ST NW LLC | DEED | 10/12/2017 | | 3391 | 0029 |
| 2011005126 | LAND | GR | SMITH BRYAN A | GE | SMITH BRYAN A | DEED | 01/12/2011 | | 3391 | 0029 |
| 2002031687 | LAND | GR | BATEY ROBERTA H | GE | SMITH BRYAN A | DEED | 03/19/2002 | | 3391 | 0029 |
| 1955035709 | LAND | GR | GRAY JEAN | GE | SMITH BEATRICE H | DEED | 09/16/1955 | 10513/088 | 3391 | 0029 |
| 1932019698 | LAND | GR | GRADY CORNELIA P | GE | GRAY JEAN | DEED | 07/30/1932 | 6677/483 | 3391 | 0029 |
| 1931025357 | LAND | GR | PRINCE HELEN B | GE | GRADY CORNELIA P | DEED | 08/25/1931 | 6588/106 | 3391 | 0029 |