# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 23-00217-ELG |
| ) | |
| CHARLES PAXTON PARET, ) | CHAPTER 7 |
| ) | |
|    Debtor. ) | |
| | |
| CHARLES PAXTON PARET, ) | Adv. Proc. 23-10025-ELG |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANIEL HUERTAS, ) | |
| ) | |
|    Defendant. ) | |

## MOTION TO RE-INTERVENE AND SUBSTITUTE TRUSTEE FOR DEBTOR AS REAL PARTY IN INTEREST

Comes now, Wendell W. Webster, in his capacity as the Chapter 7 Trustee (the "Trustee") for debtor Charles Paxton Paret ("Debtor"), by and through counsel, McNamee Hosea, P.A., and respectfully submits this *Motion to Intervene and Substitute Trustee for Debtor as Real Party in Interest*.

    1.    The Debotr's bankruptcy case commenced on August 4, 2023, when three creditors filed an involuntary bankruptcy petition against the Debtor under Chapter 7 of the United States Bankruptcy Court. After converting to Chapter 11, it was reconverted to Chapter 7 on March 14, 2024.

    2.    11 U.S.C. § 323 provides:

        a. The trustee in a case under this title is the representative of the estate.
        b. The trustee in a case under this title has capacity to sue and be sued.

3.	Federal Rule of Bankruptcy Procedure 6009 provides that "[w]ith or without court approval, the trustee or debtor in possession may prosecute or may enter an appearance and defend any pending action or proceeding by or against the debtor, or commence and prosecute any action or proceeding on behalf of the estate before any tribunal."

4.	Federal Rule of Civil Procedure 24(a), made applicable by Federal Rule of Bankruptcy Procedure 7024 provides for a mandatory right of intervention when disposing of an adversary proceeding will as a practical matter impair or impede a party's ability to protect its interests.

5.	Federal Rule of Civil Procedure 25(c), made applicable by Federal Rule of Bankruptcy Procedure 7025, provides that "when a transfer of interest occurs the action may be continued by or against the original party, or upon motion, the court can direct that the transferee of the interest be substituted or joined with the original party."

6.	Federal Rule of Civil Procedure 17(a), made applicable by Federal Rule of Bankruptcy Procedure 7017, states that "[a]n action must be prosecuted in the name of the real party in interest…" including "(E) a trustee of an express trust" and "(G) a party authorized by statute."

7.	Pursuant to the provisions of 11 U.S.C. §323, the Trustee is now the representative of the bankruptcy estate and has the capacity to sue and be sued in the name of the bankruptcy estate.  In that capacity, the Trustee represents the interests of the entire body of unsecured creditors of the Debtor. Substitution of the Trustee for the Debtor as the real party in interest is contemplated and required under Federal Rule of Civil Procedure 17 and Federal Rule of Bankruptcy Procedure 6009, 7017 and 7025.

8.  Accordingly, pursuant to 11 U.S.C. § 323, Federal Rule of Civil Procedure 17, and Federal Rules of Bankruptcy Procedure 6009, 7017, and 7025, the Trustee requests that he be substituted as the plaintiff in the above captioned adversary proceeding.

9.  The Defendants have agreed to allow the Trustee until April 29, 2024 to respond to the pending Motion to Dismiss.

WHEREFORE, the Trustee requests that this Court (i) substitute Wendell W. Webster, in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Charles Paret for Charles Paret, and substitute Wendell W. Webster as plaintiff; (ii) extend the deadline for the Trustee to respond to the pending motion to dismiss this adversary proceeding; and (iii) grant such other relief as it deems appropriate and proper.

Date: March 18, 2024                                  Respectfully submitted,

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, , 2024, a copy of the foregoing via CM/ECF, upon all parties receiving notice thereby.

/s/ *Justin P. Fasano*
Justin P. Fasano

3