The order below is hereby signed.

Signed: March 19 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00217-ELG |
| CHARLES PAXTON PARET, | CHAPTER 7 |
|    Debtor. | |
| | |
| CHARLES PAXTON PARET, | Adv. Proc. 23-10025-ELG |
|    Plaintiff, | |
| vs. | |
| DANIEL HUERTAS, | |
|    Defendant. | |

**ORDER GRANTING**
**MOTION TO INTERVENE AND SUBSTITUTE TRUSTEE FOR DEBTOR**
**AS REAL PARTY IN INTEREST**

Upon consideration of the *Motion to Intervene and Substitute Trustee for Debtor as Real Party in Interest* ("Motion") file by Wendell W. Webster, in his capacity as the Chapter 7

Trustee (the "Trustee") for debtor Charles Paret ("Debtor"), and good cause being shown, it is,

by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Trustee is hereby substituted for the Debtor as plaintiff pursuant to Rule of Bankruptcy Procedures 6009, 7017 and 7025; , and it is further

ORDERED, that the deadline for the Trustee to respond to the pending motion to dismiss this adversary proceeding is hereby extended to and including April 29, 2024.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the Trustee*

**SEEN AND AGREED**

/s/ Maurice B. Verstandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone/Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendant*