The order below is hereby signed.

Signed: March 19 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: | 23-00217-ELG |
| CHARLES PAXTON PARET, | CHAPTER 7 |
| Debtor. |  |

|  |  |
|---|---|
| CHARLES PAXTON PARET, | Adv. Proc. 23-10025-ELG |
| Plaintiff, |  |
| vs. |  |
| DANIEL HUERTAS, |  |
| Defendant. |  |

**ORDER GRANTING**
**MOTION TO INTERVENE AND SUBSTITUTE TRUSTEE FOR DEBTOR**
**AS REAL PARTY IN INTEREST**

Upon consideration of the *Motion to Intervene and Substitute Trustee for Debtor as Real Party in Interest* ("Motion") file by Wendell W. Webster, in his capacity as the Chapter 7

Trustee (the "Trustee") for debtor Charles Paret ("Debtor"), and good cause being shown, it is,

by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Trustee is hereby substituted for the Debtor as plaintiff pursuant to Rule of Bankruptcy Procedures 6009, 7017 and 7025; , and it is further

ORDERED, that the deadline for the Trustee to respond to the pending motion to dismiss this adversary proceeding is hereby extended to and including April 29, 2024.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the Trustee*

**SEEN AND AGREED**

/s/ Maurice B. Verstandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone/Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendant*

United States Bankruptcy Court

District of Columbia

Paret,
    Plaintiff

Huertas,
    Defendant

Adv. Proc. No. 23-10025-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Mar 19, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 19 2024 22:04:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald Melvin Temple | on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com |
| Jeffery T. Martin | on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 19, 2024 | Form ID: pdf001 | Total Noticed: 1

      on behalf of Defendant Daniel Huertas mac@mbvesq.com
      lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Wendell W. Webster

      wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 5