## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00217-ELG |
| CHARLES PAXTON PARET, | CHAPTER 7 |
| Debtor. | |
| | |
| CHARLES PAXTON PARET, | Adv. Proc. 23-10025-ELG |
| Plaintiff, | |
| vs. | |
| DANIEL HUERTAS, | |
| Defendant. | |

### STIPULATION EXTENDING TIME FOR
### PLAINTIFF TO RESPOND TO MOTION TO DISMISS

Plaintiff Wendell Webster, Chapter 7 trustee (the "Plaintiff") and Defendant Daniel Huertas (the "Defendant"), by their respective counsel, file this *Stipulation Extending Time for Plaintiff to Respond to Motion to Dismiss* (the "Stipulation") and hereby stipulate and agree as follows:

WHEREAS, on March 4, 2024, Defendant filed his *Motion to Dismiss Adversary Proceeding , or in the alternative Motion For Summary Judgment* (the "Motion," Docket No. 15);

WHEREAS, in consideration of counsels' schedules, and discussions between the Defendant and the Plaintiff to resolve this adversary proceeding, the Defendant has agreed to extend the time by which the Plaintiff must answer or otherwise respond the Motion up to and including May 13, 2024, and Plaintiff has agreed to consent to a continuance of the hearing on the Motion currently scheduled for June 4, 2024 for a period of up to 60 days, if Defendant determines to request such extension.

| | |
|---|---|
| /s/ *Justin P. Fasano* <br> McNamee Hosea, P.A. <br> Justin P. Fasano, Esquire (Bar No. MD21201) <br> 6411 Ivy Lane, Suite 200 <br> Greenbelt, MD 20770 <br> Phone: 301-441-2420 <br> jfasano@mhlawyers.com <br> *Counsel for Plaintiff* | /s/ *Maurice B. VerStandig* <br> Maurice B. VerStandig, Esq. <br> Bar No. MD18071 <br> The VerStandig Law Firm, LLC <br> 1452 W. Horizon Ridge Pkwy, #665 <br> Henderson, Nevada 89012 <br> Phone: (301) 444-4600 <br> Facsimile: (301) 444-4600 <br> mac@mbvesq.com <br> Counsel for the Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22nd, 2024, the foregoing request was served by CM/ECF to all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano