Document      Page 1 of 2

The order below is hereby signed.

Signed: April 24 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IN RE:** | ) | 23-00217-ELG |
| | ) | |
| **CHARLES PAXTON PARET,** | ) | **CHAPTER 7** |
| | ) | |
|    Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| **CHARLES PAXTON PARET,** | ) | Adv. Proc. 23-10025-ELG |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **DANIEL HUERTAS,** | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER APPROVING STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**

Upon consideration of the *Stipulation Extending Time for Plaintiff to Respond to Motion to Dismiss* (the "Stipulation") filed by Plaintiff Wendell Webster, Chapter 7 trustee (the "Plaintiff") and Defendant =Daniel Huertas (the "Defendant"), it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED, that the Stipulation is APPROVED; and it is further

ORDERED, that the deadline by which the Plaintiff must answer or otherwise respond the *Motion to Dismiss Adversary Proceeding , or in the alternative Motion For Summary Judgment* (the "Motion," Docket No. 15) is hereby extended to and including May 13, 2024 and it is further

ORDERED, that Plaintiff is deemed to consent to a continuance of the hearing on the Motion currently scheduled for June 4, 2024 for a period of up to 60 days, if Defendant determines to request such extension.

WE ASK FOR THIS.

| /s/ *Justin P. Fasano* <br> McNamee Hosea, P.A. <br> Justin P. Fasano, Esquire (Bar No. MD21201) <br> 6411 Ivy Lane, Suite 200 <br> Greenbelt, MD 20770 <br> Phone: 301-441-2420 <br> jfasano@mhlawyers.com <br> *Counsel for Plaintiff* | /s/ *Maurice B. VerStandig* <br> Maurice B. VerStandig, Esq. <br> Bar No. MD18071 <br> The VerStandig Law Firm, LLC <br> 1452 W. Horizon Ridge Pkwy, #665 <br> Henderson, Nevada 89012 <br> Phone: (301) 444-4600 <br> Facsimile: (301) 444-4600 <br> mac@mbvesq.com <br> Counsel for the Defendants |
|---|---|