The order below is hereby signed.

Signed: April 24 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00217-ELG |
| CHARLES PAXTON PARET, | CHAPTER 7 |
| Debtor. | |

| | |
|---|---|
| CHARLES PAXTON PARET, | Adv. Proc. 23-10025-ELG |
| Plaintiff, | |
| vs. | |
| DANIEL HUERTAS, | |
| Defendant. | |

**ORDER APPROVING STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**

Upon consideration of the *Stipulation Extending Time for Plaintiff to Respond to Motion to Dismiss* (the "Stipulation") filed by Plaintiff Wendell Webster, Chapter 7 trustee (the "Plaintiff") and Defendant =Daniel Huertas (the "Defendant"), it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED, that the Stipulation is APPROVED; and it is further

ORDERED, that the deadline by which the Plaintiff must answer or otherwise respond the *Motion to Dismiss Adversary Proceeding , or in the alternative Motion For Summary Judgment* (the "Motion," Docket No. 15) is hereby extended to and including May 13, 2024 and it is further

ORDERED, that Plaintiff is deemed to consent to a continuance of the hearing on the Motion currently scheduled for June 4, 2024 for a period of up to 60 days, if Defendant determines to request such extension.

WE ASK FOR THIS.

| /s/ *Justin P. Fasano* <br> McNamee Hosea, P.A. <br> Justin P. Fasano, Esquire (Bar No. MD21201) <br> 6411 Ivy Lane, Suite 200 <br> Greenbelt, MD 20770 <br> Phone: 301-441-2420 <br> jfasano@mhlawyers.com <br> *Counsel for Plaintiff* | /s/ *Maurice B. VerStandig* <br> Maurice B. VerStandig, Esq. <br> Bar No. MD18071 <br> The VerStandig Law Firm, LLC <br> 1452 W. Horizon Ridge Pkwy, #665 <br> Henderson, Nevada 89012 <br> Phone: (301) 444-4600 <br> Facsimile: (301) 444-4600 <br> mac@mbvesq.com <br> Counsel for the Defendants |
|---|---|

United States Bankruptcy Court

District of Columbia

Paret,
    Plaintiff

Huertas,
    Defendant

Adv. Proc. No. 23-10025-ELG

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 24, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 24 2024 21:56:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald Melvin Temple | on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com |
| Jeffery T. Martin | on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Defendant Daniel Huertas mac@mbvesq.com |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 24, 2024 | Form ID: pdf001 | Total Noticed: 1

lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Wendell W. Webster

wwebster@websterfredrickson.com  DC03@ecfcbis.com

TOTAL: 5