**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **23-00217-ELG** |
| | ) | |
| **CHARLES PAXTON PARET,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| **CHARLES PAXTON PARET,** | ) | Adv. Proc. 23-10025-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **DANIEL HUERTAS,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER APPROVING STIPULATION EXTENDING TIME FOR PLAINTIFF TO
<u>RESPOND TO MOTION TO DISMISS</u>**

Upon consideration of the *Stipulation Extending Time for Plaintiff to Respond to Motion to Dismiss* (the "Stipulation") filed by Plaintiff Wendell Webster, Chapter 7 trustee (the "Plaintiff") and Defendant =Daniel Huertas (the "Defendant"), it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED, that the Stipulation is APPROVED; and it is further

ORDERED, that the deadline by which the Plaintiff must answer or otherwise respond the *Motion to Dismiss Adversary Proceeding , or in the alternative Motion For Summary Judgment* (the "Motion," Docket No. 15) is hereby extended to and including May 20, 2024 and it is further

ORDERED, that Plaintiff is deemed to consent to a continuance of the hearing on the Motion currently scheduled for June 4, 2024 for a period of up to 60 days, if Defendant determines to request such extension.

WE ASK FOR THIS.

| /s/ Justin P. Fasano | /s/ Maurice B. VerStandig |
|---|---|
| McNamee Hosea, P.A. | Maurice B. VerStandig, Esq. |
| Justin P. Fasano, Esquire (Bar No. MD21201) | Bar No. MD18071 |
| 6411 Ivy Lane, Suite 200 | The VerStandig Law Firm, LLC |
| Greenbelt, MD 20770 | 1452 W. Horizon Ridge Pkwy, #665 |
| Phone: 301-441-2420 | Henderson, Nevada 89012 |
| jfasano@mhlawyers.com | Phone: (301) 444-4600 |
| *Counsel for Plaintiff* | Facsimile: (301) 444-4600 |
| | mac@mbvesq.com |
| | Counsel for the Defendants |