The order below is hereby signed.

Signed: June 6 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 23-00217-ELG |
| | ) | |
| CHARLES PAXTON PARET, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CHARLES PAXTON PARET, | ) | Adv. Proc. 23-10025-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL HUERTAS, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER GRANTING
MOTION TO DISMISS WITHOUT PREJUDICE**

Upon consideration of the *Motion to Dismiss Adversary Proceeding , or in the alternative Motion For Summary Judgment* (the "Motion," Docket No. 15) filed by Defendant Daniel Huertas and DP Capital LLC (the "Defendants"); and the agreement of Plaintiff Wendell

Webster, Chapter 7 trustee (the "Plaintiff") thereto, as evidence by the signatures of counsel below, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Second Amended Complaint filed in this adversary is DISMISSED WITH LEAVE TO AMEND, and it is further

ORDERED, that the Plaintiff shall be allowed until July 2, 2024 to file an amended complaint; and it is further

ORDERED, that in the event that Plaintiff does not file an amended complaint by July 2, 2024, this adversary proceeding will be dismissed with prejudice as to both Defendants.

WE ASK FOR THIS

| /s/ *Justin P. Fasano* <br> McNamee Hosea, P.A. <br> Justin P. Fasano, Esquire (Bar No. MD21201) <br> 6411 Ivy Lane, Suite 200 <br> Greenbelt, MD 20770 <br> Phone: 301-441-2420 <br> jfasano@mhlawyers.com <br> *Counsel for Plaintiff* | /s/ *Maurice B. VerStandig* <br> Maurice B. VerStandig, Esq. <br> Bar No. MD18071 <br> The VerStandig Law Firm, LLC <br> 1452 W. Horizon Ridge Pkwy, #665 <br> Henderson, Nevada 89012 <br> Phone: (301) 444-4600 <br> Facsimile: (301) 444-4600 <br> mac@mbvesq.com <br> Counsel for the Defendants |
|---|---|