**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES PAXTON PARET | ) | Case No. 23-217-ELG |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Wendell Webster, Chapter 7 Trustee | ) | |
| c/o Justin Fasano, Esquire | ) | Adv. Proc. 23-10025-ELG |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS | ) | |
| c/o The VerStandig Law Firm, LLC | ) | |
| 1452 W Horizon Ridge Pkwy # 665 | ) | |
| Henderson, NV 89012-4422 | ) | |
| | ) | |
| The VerStandig Law Firm, LLC | ) | |
| 12505 Park Potomac Ave., 6th Fl. | ) | |
| Potomac, MD 20854 | ) | |
| and | ) | |
| | ) | |
| WCP FUND I, LLC | ) | |
| c/o The VerStandig Law Firm, LLC | ) | |
| Maurice Verstandig, Esquire | ) | |
| | ) | |
| DP CAPITAL, LLC | ) | |
| c/o The VerStandig Law Firm, LLC | ) | |
| Maurice Verstandig, Esquire | ) | |
| | ) | |
| WASHINGTON CAPITAL PARTNERS | ) | |
| c/o The VerStandig Law Firm, LLC | ) | |
| Maurice Verstandig, Esquire | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## **LINE FILING THIRD AMENDED COMPLAINT**

Plaintiff Trustee, Wendell Webster (the "Trustee") hereby files the attached Third Amended Complaint in the Adversary Proceeding 23-10025-ELG. The Complaint was incorrectly filed in the main case.

Dated: July 2, 2024

Respectfully submitted
/s/ Justin Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I served a copy of the foregoing was served via CM/ECF upon all parties receiving notice thereby.

/s/ Justin Fasano
Justin P. Fasano