# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| CHARLES PAXTON PARET ) | Case No. 23-217-ELG |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| Wendell Webster, Chapter 7 Trustee ) | |
| c/o Justin Fasano, Esquire ) | Adv. Proc. 23-10025-ELG |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL HUERTAS ) | |
| c/o The VerStandig Law Firm, LLC ) | |
| 1452 W Horizon Ridge Pkwy # 665 ) | |
| Henderson, NV 89012-4422 ) | |
| ) | |
| The VerStandig Law Firm, LLC ) | |
| 12505 Park Potomac Ave., 6th Fl. ) | |
| Potomac, MD 20854 ) | |
| and ) | |
| ) | |
| WCP FUND I, LLC ) | |
| c/o The VerStandig Law Firm, LLC ) | |
| Maurice Verstandig, Esquire ) | |
| ) | |
| DP CAPITAL, LLC ) | |
| c/o The VerStandig Law Firm, LLC ) | |
| Maurice Verstandig, Esquire ) | |
| ) | |
| WASHINGTON CAPITAL PARTNERS ) | |
| c/o The VerStandig Law Firm, LLC ) | |
| Maurice Verstandig, Esquire ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**ERRATA**

TO THE CLERK OF THE COURT:

Plaintiff Trustee, Wendell Webster filed a Third Amended Complaint on behalf of the state of the debtor, Charles Paret on July 2, 2024, in the above captioned case. However, the Third Amended Complaint was inadvertently filed under Case No. 23-217-ELG  Attached is the Third Amended Complaint.

.

Respectfully submitted,

*/s/Donald M. Temple*
Donald M. Temple [#408749]
2522-B Virginia Avenue, N.W.
Washington, D.C. 20037
(202) 628-1101  Telephone
(202) 628-1149  Facsimile
dtemplelaw@gmail.com

2

3