Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| | ) | |
| Wendell Webster, Chapter 7 Trustee | ) | Adversary Case No. 23-10025-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Daniel Huertas, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION
TO MOTION TO DISMISS THIRD AMENDED COMPLAINT**

NOTICE IS HEREBY GIVEN that Daniel Huertas, WCP Fund I LLC and DP Capital LLC d/b/a Washington Capital Partners have filed a motion to dismiss this case for failure to state a claim for which relief may be granted.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE OCTOBER 23, 2024, you must file and serve a written opposition to the motion. The opposition must be filed with the

1

Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for October 30, 2024 at 10:00 AM. The hearing will be held in Courtroom 1 at the foregoing courthouse address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

                                                Respectfully submitted,

Dated: August 14, 2024                By: /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig, Esq.
                                                  Bar No. MD18071
                                                  The VerStandig Law Firm, LLC
                                                  1452 W. Horizon Ridge Pkwy, #665
                                                  Henderson, Nevada 89012
                                                  Phone: (301) 444-4600
                                                  Facsimile: (301) 444-4600
                                                  mac@mbvesq.com
                                                  *Counsel for the Defendants*

*[Certificate of Service on Following Page]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig