**22NTCHRG AP**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Charles Paxton Paret**<br>Debtor. | Case No. 23-00217-ELG<br><br>Chapter 7 |
| **Charles Paxton Paret, et al**<br>Plaintiff,<br><br>v.<br><br>**Daniel Huertas, et al**<br>Defendant. | Adv. Pro. No. 23-10025-ELG |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN at the request of the Court, the status hearing scheduled for 9/11/2024 is CONTINUED to:

on 10/30/2024 at 10:00 AM

in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

> For the Court:
> Angela D. Caesar
> BY: AM
> Dated: 9/9/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.