The order below is hereby signed.

Signed: November 12 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| | ) | |
| Wendell Webster, Chapter 7 Trustee | ) | Adversary Case No. 23-10025-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Daniel Huertas, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT ORDER ON MOTION TO DISMISS**

Upon consideration of the Motion to Dismiss (the "Motion," as found at DE #41) filed by Daniel Huertas, WCP Fund I LLC and DP Capital LLC d/b/a Washington Capital Partners (the "Defendants"), the consent of the Defendants and Wendell Webster in his Capacity as Trustee of the Chapter 7 Estate of Charles Paret (the "Plaintiff") to the relief provided herein, the authorities set forth in the Motion, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

1

ORDERED, that the Motion be, and hereby is, GRANTED IN PART and DENIED IN PART; and it is further

ORDERED, that Counts II, IV and V of the Third Amended Complaint (the "Complaint," as found at DE #39-1) be, and hereby are, DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED, that the Motion is denied as to Counts I and III of the Complaint; and it is further

ORDERED, that the Trustee shall have leave to amend the Complaint to and through March 31, 2025, without prejudice to his rights to thereafter seek leave to amend in accord with governing rules; and it is further

ORDERED, that an answer to the Complaint shall be filed on or before December 18, 2024.

We ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

/s/ Justin P. Fasano
Justin P. Fasano
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel for the Trustee*

Copies to: All counsel of record via CM/ECF