The order below is hereby signed.

Signed: November 12 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | ) | |
| Wendell Webster, Chapter 7 Trustee | ) | Adversary Case No. 23-10025-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Daniel Huertas, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in relation to the above-captioned adversary proceeding.

1. **Discovery**. Unless modified by order of this court, the following discovery deadlines apply:

    a. The deadline for the parties to complete discovery is July 31, 2025. All written discovery requests, including interrogatories, requests for production, and

1

depositions, upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

    b. The parties shall make the disclosures of expert testimony required by Rule 7026(a)(2) of the Federal Rules of Bankruptcy Procedure no later than May 31, 2024, or, if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 7026(a)(2)(B) of the Federal Rules of Bankruptcy Procedure, on or before June 30, 2025.

2. **Dispositive Motions.** Any dispositive motions shall be filed on or before August 31, 2025.

3. **Final Pretrial Conference**. A final pretrial conference ("Final Pretrial Conference") will be held on October 29, 2025 at 10:00 a.m. via hybrid means both in person and via Zoom, at which deadlines will be set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements and at which a trial date will be set.

4. **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the Final Pretrial Conference to try to settle this matter.

5. **Joinder of Other Parties**. Motions for joinder of parties shall be filed no later than 30 days prior to the Final Pretrial Conference.

6. **Settlement**. If the parties reach a settlement, they shall file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement pursuant to Local Bankruptcy Rule 9019-1.

7. **Jurisdiction**. By endorsing this scheduling order, the parties are deemed to consent to the entry of final orders by the Bankruptcy Court.

We ask for this:

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

<u>/s/ Justin P. Fasano</u>
Justin P. Fasano
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel for the Trustee*


Copies to: All counsel of record via CM/ECF

3