The order below is hereby signed.

Signed: November 18 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00217-ELG |
| CHARLES PAXTON PARET, | CHAPTER 7 |
| Debtor. | |
| WENDELL W. WEBSTER, Chapter 7 Trustee for Charles Paret, | |
| Plaintiff, | |
| vs. | |
| DANIEL HUERTAS, ET AL., | Adv. Proc 23-10025-ELG |
| Defendants. | |

## SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding established at the scheduling hearing held October 29, 2025.

1. Discovery. Unless modified by order of this Court, the deadline for the parties to complete discovery as to liability is March 25, 2026. All written discovery requests (including interrogatories, requests for production, and depositions based upon written questions) shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion.

2. Settlement Conference. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the final pre-trial conference to try to settle this matter.

3. Summary Judgment or Other Dispositive Motions. All motions for summary judgment (and/or amendments thereto) or other dispositive motions shall be filed on or before April 21, 2026. Responses shall be filed within 14 days of the dispositive motion, and replies, if any, shall be filed within 7 days of the filing of the response. The last day for hearing on motions for summary judgment or other dispositive motions shall be May 20, 2026 at 10:00 a.m. Parties may schedule a hearing prior to this date pursuant to Local Bankruptcy Rule 9013-1.

4. Expert witness disclosures as to liability will be due by January 28, 2026. Counter-expert witness disclosures as to liability will be due by February 25, 2026.

4. Final Pretrial Conference. A final pretrial conference on the issue of liability will be held on May 20, 2026 at 10:00 a.m., at which a trial date on the issue of liability will be scheduled, and deadlines set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements. The final pretrial conference will take place both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. Parties should contact the

Court's courtroom deputy prior to the hearing for Zoom instructions. In the event any party is determined to have liability, each party reserves its rights to conduct discovery as to damages.

5. Availability of Mediation. The Court encourages the parties to meet and consult with each other to achieve settlement. The use of mediation as an alternative dispute resolution process in all adversary proceedings, contested, and other matters is authorized. A motion for Court approval of non-judicial or neutral mediation is not required. However, such mediation shall not alter any deadlines in an applicable scheduling order absent further order of the Court. The parties should refer to Local Bankruptcy Rule 9019-2 as to alternative dispute resolution options and procedures for participating in the Circuit Court of Appeals' Mediation Program or by judicial mediation.

6. Settlement. If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 and Local Bankruptcy Rule 9019-1 requesting approval of the settlement.

7. Jurisdiction. The Parties consent to the entry of final orders and judgments by the Bankruptcy Court.

8. Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) are waived.

9. Defendants shall have until December 8, 2025 to answer the Third Amended Complaint.

**END OF ORDER**

WE ASK FOR THIS

/s/ Justin P. Fasano
Justin P. Fasano (Bar No. MD21201)
McNamee Hosea, P.A.
   6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420

Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Plaintiff*


/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
Counsel for the Defendants