# Exhibit 3

 **Gmail**

**Charles Paret <cpp@paxtonandco.com>**

## Re: Partnership
1 message

**Charles Paret** <cpp@colomariver.com>
Fri, Sep 20, 2019 at 3:49 PM
To: Daniel Huertas <daniel@wcp.team>

Agree.    We can do term sheet over weekend based on what attorney sent you.

On Fri, Sep 20, 2019, 3:22 PM Daniel Huertas <daniel@wcp.team> wrote:

Profit 50/50 correct and agree with everything else in this email.

Daniel Huertas | CEO

Washington Capital Partners
www.washingtoncapitalpartners.com
2815 Hartland Road, Suite 200
Falls Church, VA, 22043
+1 7037275464


Fac Inst Link You

*This message and its attachments contain confidential information. If you are not the intended recipient of this message, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete it from your system.*
**From:** Charles Paret <cpp@colomariver.com>
**Sent:** Friday, September 20, 2019 3:14 PM
**To:** Daniel Huertas <daniel@wcp.team>
**Subject:** Re: Partnership

Only thing here is the 50/50% on profit split.  51% on executive decision on executing the sale right?

The 50% on the existing deals that have some investors ( would need to come out etc.)   For example Georgia Ave NW and 419-423 Kennedy st NW.   etc.

But overall agree with everything.

Did you please send the $150,000?   REALLY needs to go out today. I'm giving checks to people and cannot afford for things to bounce.  PLEASE.

–

Image removed by sender.

Charles Paxton Paret

Managing Partner

e.  cpp@colomariver.com

m.  202.834.7673

DC | NYC | ATL | LA

This communication, including attachments, is for the exclusive use of

the named recipient and may contain proprietary, confidential or
privileged information. If you are not the intended recipient, any
use, copying, disclosure, dissemination or distribution is strictly
prohibited. If you are not the intended recipient, please notify the
sender immediately by return email and delete this communication and
destroy all copies. Unless specifically noted, the views, opinions and
statements contained within this communication should not be construed
to be the official position of

Coloma River Holdings

, LLC.

On Fri, Sep 20, 2019 at 2:54 PM Daniel Huertas <daniel@wcp.team> wrote:

Received Charlie.

Here is further confirmation that by providing the below capital including future capital to the partnership, this is debt  that will be split 51% Daniel Huertas, 49% Charles Paret.

Charles Paret will manage day to day operation of all projects (construction, development, stabilization) including in this email.

Daniel Huertas will manage all financial aspects related to capital, partnerships, ventures and will have final word related to execution of the real estate.

Charles Paret is responsible solely for all debt and obligations prior to 9/20/19. (payments)

Charles Paret is not going to incur any additional debt or loans against real estate attached to this email or any purchase of any additional real estate.

Please return with Agree and confirm that we will operate as such.

Daniel Huertas | CEO

Washington Capital Partners

www.washingtoncapitalpartners.com

2815 Hartland Road, Suite 200

Falls Church, VA, 22043

+1 7037275464





*This message and its attachments contain confidential information. If you are not the intended recipient of this message, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete it from your system.*

**From:** Charles Paret <cpp@colomariver.com>
**Sent:** Friday, September 20, 2019 2:10 PM
**To:** Daniel Huertas <daniel@wcp.team>
**Subject:** REVISED: Construction Breakdown for Immediate Draws To Push Work // Main - Portfolio Draw #101

This is the immediate list so I can make sure people are getting things done.   I did payroll a week ago, so we have until next week to get that done and organized with you.    This is more than $200,000, but everyone has stopped until I give them a deposits.

I'm focusing on the things that we need to pay to get done ASAP - cannot wait and Contractors need to get paid.

**$150,000 - TOTAL  - not including furniture that I sent you break down for.**

HVAC Contractor - $25,000 - deposit for the 1264-1266 Holbrook St. - One Stop Heating and Cooling

Electrical Contractor - $10,000 - deposit for the - Renee Duartes

Concrete Contractor - $25,000 - TEX MEX - deposit for 1264-1268 and concrete work at bladensburg

Concrete Contractor - $35,000 - TEX MEX - deposit for foundation work at bladensburg

Foundation Contractor - Mario and Sons - $15,000 - deposit for P Street work

Utility Contractor - $20,000 - 1264-1268 - AGS Enterprises

Finish Work / Punch Work for 1260 Holbrook St NE and Trinidad Ave NE- $10,000. ( still need around $65,000 to finish)- Mario and Sons - NEEDS TO BE PAID - All people have stopped.

DCRA - Permit Due - $10,000 for 2507 I ST NW - Velocity Permit Process. - need to pay this ASAP to get it out ASAP.


We have a 4pm meeting with entire team to work on the new schedule for next week to bring all of these to the finish line.


I REALLY need to make sure you and I meet this weekend to go over all of this.   I'm going to be 100% focused on bringing all of these to a close.   We have a huge opp with Common.com now and they could master-lease ALL of the properties in Trinidad, but they need to get done.

—

Image removed by sender.

Charles Paxton Paret

Managing Partner

e. cpp@colomariver.com
m. 202.834.7673
DC | NYC | ATL | LA

This communication, including attachments, is for the exclusive use of

the named recipient and may contain proprietary, confidential or
privileged information. If you are not the intended recipient, any
use, copying, disclosure, dissemination or distribution is strictly
prohibited. If you are not the intended recipient, please notify the
sender immediately by return email and delete this communication and
destroy all copies. Unless specifically noted, the views, opinions and
statements contained within this communication should not be construed
to be the official position of

Coloma River Holdings

, LLC.

**12 attachments**

**image003.png**
1K

**image243581.png**
1K

**image006.png**
1K

**image007.jpg**
1K

**image004.png**
1K

**image299110.png**
1K

**image601377.png**
1K



**image073184.jpg**
51K

**image171079.png**
1K

**image001.jpg**
1K

**image005.png**
1K



**image002.jpg**
5K