# Exhibit 5



Charles >

I don't think anyone believes it on my company side.

LoL

Sep 20, 2019 at 11:11 AM

Need that wire today dude.   Have lots of people hustling and need to make sure it gets done.

I just met with Max from Common.com. If we finish Raum and everything they will master lease everything together

125 beds

Everything we have in Trinidad together.   It's incredible.   So we need to get this done.   That's 100 percent occupancy for 10 years.

Send me wire instructions

Need amount and breakdown

Please provide details

All i one email for me to take care of it

Ok.   Btw the two investors I was bringing into my deals, one for $600,000 and other for $750,000. I'm

12:08





Charles >

Ok. Btw the two investors I was bringing into my deals, one for $600,000 and other for $750,000, I'm going to introduce you. You can choose if you want to bring in there cash, but I think why not for minority ownership ( equity ) in some of these.

Sep 20, 2019 at 1:14 PM

Sounds good. Did you send the email?

Yes I did.

All draws for advances will be labeled as Portfolio Draw #101 to start, and then #102 etc. Every week.

I can only do 150k today. Send me the breakdown for 150. Not 190k. Show me what you are eliminating from the list

Ok.

Resent. Please make sure goes out asap, so we can do all the wires, contractors are coming to get checks.

Check the last email I sent and reply with agreed and confirmed

  Text Message

       



Charles >

Confirmed

Can you call me really quick to discuss the email.

Can't.

We can talk when I arrive in dc bud

What question do you have ?

Ok, that's fine.   Just details

We will work them next week

I have contractors here, I need to make sure that wire goes through.

Ok. I ask Christina to confirm the instructions with you

Yes.   Overall is good.   But 50/50 on profit.   That's what we agreed once a property is performing. And risk is eliminated it should be shifted from 49/50 to 50/50 etc.   Otherwise.... What happens if you one day are like ok I'm going to sell all these great performing assets and there's nothing I can do.... That's not fair at all.

Text Message



Charles ›

51/49 is fine.   But once completed and I've done my work and projects are stabilized, etc

> I don't understand what is shifting

> We will always be 51/49 decision making. Profit remains 50/50

> If I decide to sell, I will give you a chance to buy me out

> We can put language that says that I will give you 90 days or something like that to figure out

After a deal is fully performing and stabilized ? Will always be 51/49?

Ohhhh ok buyout

> Yep.

I'm ok, but u understand that your the only person on this fucking planet I would ever agree to, because I know you believe in me and see the vision.

> Same here man. I don't think I would have done what I am doing without much paperwork done for anyone else.

Text Message

**Charles** ›

Yep.

I'm ok, but u understand that your the only person on this fucking planet I would ever agree to, because I know you believe in me and see the vision.

Same here man. I don't think I would have done what I am doing without much paperwork done for anyone else.

This is the one break I've been looking for and if you give me the team / capabilities I need I promise you we will crush it.

Also....Christina has not reached out. Can you make sure we have 1 hour

I have 4 people here waiting.

Also.... Upon signing to this, understand that technically tomorrow you could literally force the sale of every property  etc .... I have to be given the chance to perform, meet certain thresholds etc... I trust you but it's scary yea know.

I understand. I am not trying to sell anything

Text Message

12:09



Charles >

I know.   Btw... Here is the message from 429 guy who needs to close outm

Please respond to the email with Dion in it



Darvin ( Investor Dc Girard )

I didn't see an update from you.

Wednesday, Aug 14 • 9:25 AM

Darvin ( Investor Dc Girard )

Charlie. What is the status with this? 8/20 is less than a week away.

Yesterday • 9:51 AM

No it's all being paid off together.

Yesterday • 9:20 PM

Dion ( Investor Darvin )

Charlie,  i left work really late and was not able to call. I just responded to you're email to Dan. Please ask him to respond tomorrow

All good

3:56 PM

Dion ( Investor Darvin )

Charlie, have not seen a response from Dan. I don't want to burn any time waiting... please ask him to respond

3 min

Just need to keep him at Bay, he was trying to file something with attorneys against me for 429 Kennedy st NW

Got wire.   Thank you.   Will help a ton

Text Message



12:09



Charles >

Email and money sent

Thank you.



Planning for next week.....

Good. Can you tell Mihir the money was sent

Text Message

  

       



CP

Charles >

Ok

Weekend

I really need to go through this with you more in detail this week

Weekend

Ok

Dude mihirs $150,000 needs to come out asap, he's freaking out

Dude. I understand but there is nothing I can do. When we decided to do this was not pull capital out.

It is to pay contractors

I told him we were going to resolve it, but it really cannot wait. I can't have him taking these funds when every contractor

When 326 is getting done I agree to give him something

No but you told me it was going to be handled.

It's not taking capital out

Text Message



Charles >

> Yeah, but I need to clear other capital to do it. I told you that

Yes for the full stack, but if 326–340 is delayed, it can't effect him.

> Well. Don't delayed it

I said that was the only thing that needed to be done

> You were supposed to pay it off next week

Utilities that need to be paid for, he paid for it.

> Make sure 326 is done next week then

Please call me bud.

When can u chat, I can't text right now with contractors here

> Can't talk either and if it is about mihir even less. I need 326 paid off for me to have the money to do a lot of things. I told you that for a long time and Wednesday when you were in my office too.

Text Message

 

Charles >

> Understood, but I gave him my word you would handle it, so if he asks, please just explain that you are working on it, and will get it done next week, but don't put it on 326.

When is 326 getting done?

> 10am Monday we are meeting, I told them we need to close end of month. You can speak to them if you want

> I'm full disclosure bro.

Sep 20, 2019 at 8:30 PM

> Also... The two investors coming for $600,000, can meet between 11–3pm Monday in ur office.    Will take 15–30 minutes max.    Let me know if you can meet.

Let's do 2pm

> Ok.

What type of investment do they want to make ?

> Just cash into one of the deals I was closing end of month.   201 Kennedy st NW that your closing in full, so this

Text Message

  

