# Exhibit 6

From: **Charles Paret** <cpp@colomariver.com>
Date: Mon, Sep 30, 2019, 3:54 PM
Subject: Re: FW: Past Due Payments for Charles Paret
To: Daniel Huertas <daniel@wcp.team>

Daniel,

We have an agreement that I will give up a 50% share of my position in these existing below deals in exchange for carrying the notes and funding the construction.   If positions have to be adjusted down the road both you and I will come to an agreement that is fair.   I agree that investors will have to receive a minimum of 10% return on these funds and all of their funds back prior to any distributions as we discussed.   We will have to buyout existing investors in some to retain higher ownership stake and can be discussed at a later time.

Thank you.

—

Charles Paxton Paret

Managing Partner

e.  cpp@colomariver.com
m.  202.834.7673
DC | NYC | ATL | LA

This communication, including attachments, is for the exclusive use of

the named recipient and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies. Unless specifically noted, the views, opinions and statements contained within this communication should not be construed to be the official position of

Coloma River Holdings

, LLC.



On Mon, Sep 30, 2019 at 3:10 PM Daniel Huertas <daniel@wcp.team> wrote:

Charlie –

Please see attached payment requests.

By Daniel Huertas and/or companies paying the attached invoices for properties, Daniel Huertas will have 50% ownership of the properties and 51% in regards of control. Any other partnerships set by Charles Paret will be taking from his side.

The payments here are a loan to the partnership at 10% APR. Before any distribution is provided, the partnership needs to pay all amounts paid here.

- 429 Kennedy (#5068) – $4,030.16
- 433 Kennedy (#5120) -- $4,182.80
- 4910 Georgia Ave (#5607) -- $13,339.91

Please reply to this email in agreement and confirm

Thanks

Daniel

Daniel Huertas | CEO

Washington Capital Partners

www.washingtoncapitalpartners.com

2815 Hartland Road, Suite 200

Falls Church, VA, 22043

+1 7037275464

*This message and its attachments contain confidential information. If you are not the intended recipient of this message, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete it from your system.*

**From:** Paul Merritt <pmerritt@capitalbankmd.com>
**Sent:** Monday, September 30, 2019 2:50 PM
**To:** Daniel Huertas <daniel@wcp.team>
**Subject:** FW: Past Due Payments for Charles Paret
**Importance:** High

See below and attached.

**Paul L. Merritt**

**Commercial Loan Officer, Senior Vice President**

**NMLS #402212**

**Need to send an attachment over 20MB? Click here to email it to me.**

240-283-1906 (Direct)

301-762-1033 (Fax)

**From:** Helena Han <HHan@capitalbankmd.com>
**Sent:** Monday, September 30, 2019 2:49 PM
**To:** Paul Merritt <pmerritt@capitalbankmd.com>
**Subject:** Past Due Payments for Charles Paret

Please note that the past due amounts were paid after the invoice date for #5120 & #5607, so the below amounts are correct:

- 429 Kennedy (#5068) – $4,030.16

- 433 Kennedy (#5120) -- $4,182.80

- 4910 Georgia Ave (#5607) -- $13,339.91

Wire instructions:

ABA: 055003340

ACCT: 11213001 (reference loan #_____) – WIP account

CAPITAL BANK NA

2275 RESEARCH BLVD., STE 600

ROCKVILLE MD 20850

**Helena H. Han**

CRE Administrative Specialist

Capital Bank, N.A.

2275 Research Blvd., Suite 600

Rockville, MD  20850

301-468-8848 ext. 1294

844-409-2371 - Fax

hhan@capitalbankmd.com

**Need to send an attachment over 20MB? <u>Click here</u> to email it to me.**

---

*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is PRIVILEGED/CONFIDENTIAL and exempt from disclosure under applicable law.* If you are not the intended recipient, or are not the individual responsible for delivering the message to the intended recipient, please reply and notify then delete this e-mail from your computer. Any dissemination, distribution or copying of this communication other than to the intended recipient is strictly prohibited.

All e-mail sent to or from this address will be received by the Capital Bank corporate e-mail system and is subject to archiving and review by someone other than the recipient.  For your information security, to send or reply to any **PRIVILEGED or CONFIDENTIAL** information, please use secure, <u>encrypted e-mail</u>.

Capital Bank is committed to sustainability. Please do not print this e-mail unless necessary.

<u>Send encrypted e-mail</u>

Capital Bank, Member FDIC* | Equal Housing Lender
*Non-depository investment products (NDIP) including repurchase agreements and certain other investment products, are NOT BANK DEPOSITS, ARE NOT FDIC INSURED and MAY LOSE VALUE.*