# Exhibit 7

 Gmail

**Charles Paret <cpp@paxtonandco.com>**

## RE: Update on Properties & ARV Values - LLCS Confirmed

1 message

**Daniel Huertas** <daniel@wcp.team>                                          Thu, Oct 31, 2019 at 4:50 PM
To: "Paul Flather, III" <paul@wcp.team>, Charles Paret <cpp@paxtonandco.com>
Cc: Jared Fausnaught <Jared@wcp.team>, Christina Araujo <christina@wcp.team>

Paul –

Please collect from Charles the following LLC docs

**1736 Montello Ave Holdings LLC**

**201 Kennedy St Holdings LLC**

**205 West Madison LLC**

**RI Holdings, LLC**

**1260 Holbrook Holdings LLC- Currently Completed - Being Refinanced**

**1249 Bladensburg Rd Holdings LLC**

**1264-1268 Holbrook Holdings LLC**

**1262 Holbrook Holdings LLC**

**1471 Girard St Holdings LLC**

**71 Kennedy St Holdings LLC**

**429 Kennedy St Holdings LLC**

**208 First St Holdings LLC**

**729 Kennedy St Holdings LLC**

**433 Kennedy Holdings LLC**

**635 East Main Holdings LLC**

**431 Kennedy Holdings LLC**

**The ones on yellow we should have in the system. Please obtain the rest**

Daniel Huertas | CEO

Washington Capital Partners
www.washingtoncapitalpartners.com
2815 Hartland Road, Suite 200
Falls Church, VA, 22043
+1 7037275464





*This message and its attachments contain confidential information. If you are not the intended recipient of this message, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete it from your system.*

**From:** Paul Flather, III <paul@wcp.team>
**Sent:** Thursday, October 31, 2019 4:48 PM
**To:** Daniel Huertas <daniel@wcp.team>; Charles Paret <cpp@paxtonandco.com>
**Cc:** Jared Fausnaught <Jared@wcp.team>; Christina Araujo <christina@wcp.team>
**Subject:** RE: Update on Properties & ARV Values - LLCS Confirmed

Daniel,

The email from Charles, and subsequent one from you, indicated that you both needed to discuss this further. There are still properties I received that neither Christina nor myself recognize.

---

**From:** Daniel Huertas <daniel@wcp.team>
**Sent:** Thursday, October 31, 2019 4:47 PM
**To:** Charles Paret <cpp@paxtonandco.com>; Paul Flather, III <paul@wcp.team>
**Cc:** Jared Fausnaught <Jared@wcp.team>
**Subject:** RE: Update on Properties & ARV Values - LLCS Confirmed

Charles and Paul –

Can you please communicate and collect the LLC docs of the properties that should be here? Otherwise we are not close in getting this done.

Thanks

**From:** Charles Paret <cpp@paxtonandco.com>
**Sent:** Thursday, October 31, 2019 4:45 PM
**To:** Paul Flather, III <paul@wcp.team>
**Cc:** Daniel Huertas <daniel@wcp.team>; Jared Fausnaught <Jared@wcp.team>
**Subject:** Re: Update on Properties & ARV Values - LLCS Confirmed

All discussed.   It's fine to move forward.

On Thu, Oct 31, 2019, 1:26 PM Paul Flather, III <paul@wcp.team> wrote:

> I am forwarding requested information that comes from legal that is further sent from our Accounting Department.
>
> Please contact Daniel/Accounting to discuss any discrepancies with respect to the provided list.
>
> Thank you

## Paul Flather, III | Loan Processing Manager

Washington Capital Partners

www.washingtoncapitalpartners.com

2815 Hartland Road, Suite 200

Falls Church, VA, 22043

(703) 988-4169





*This message and its attachments contain confidential information. If you are not the intended recipient of this message, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete it from your system.*

**From:** Charles Paret <cpp@paxtonandco.com>
**Sent:** Thursday, October 31, 2019 1:17 PM
**To:** Paul Flather, III <paul@wcp.team>; Daniel Huertas <daniel@wcp.team>; Jared Fausnaught <Jared@wcp.team>
**Subject:** Update on Properties & ARV Values - LLCS Confirmed

Paul,

There were a few mistakes in here regarding some of these properties as addresses were wrong or double or no longer part of my ownership portfolio.   I've updated the list below:

The Valley Ventures properties I'm having to give back to Steve and will no longer be part of my portfolio as Steve has agreed to bail me out of one in exchange for another, which I have agreed to.   Georgia Ave NW is being taken back by Susan as I simply do not have the funds to move forward and cannot carry that.  My deadline is tomorrow and I wasn't able to finalize a solution hence it has to go.   I added a few that were missing as well that Daniel and I had agreed to.

Overall, Daniel has advanced me around $600K ( debt carry, construction advances and some company overhead expenses, but not much more than 2 payrolls).   All of which is debt that I have to pay back or the property has to get out on the refinance.

Below are the properties we have agreed to for a 50% ownership stake, but I also want to make sure and is very clear that I also have ownership in the WCP Properties I'm delivering.   I'm not signing an agreement giving up all of these without it being acknowledged on the other end as a few of those projects are literally near delivery.  It goes both ways.

The value of the 429-433 Kennedy St properties alone is over $23M once developed and my base on those deals is $700K, $900K, $1.5M respectively.

**CR Assets Contributed**

**1736 Montello Ave Holdings LLC**

All In Costs: $2.75

Value: $4.5

**201 Kennedy St Holdings LLC**

All In Costs: $2.5M

Value: $4.5M

**205 West Madison LLC**

All In Costs: $4M

Value: $12M

**RI Holdings, LLC**

All In Costs: $2.5M

Value: $4M

**1260 Holbrook Holdings LLC- Currently Completed - Being Refinanced**

All In Costs: $2.3M

Value: $3.5M

**1249 Bladensburg Rd Holdings LLC**

All In Costs: $4.2M

Value: $5.5M

**1264-1268 Holbrook Holdings LLC**

All In Costs: $3.5M

Value: $5.5M

**1262 Holbrook Holdings LLC**

All In Costs: $1.6M

Value: $2.1M

**1471 Girard St Holdings LLC**

All In Costs: $2.3M

Value: $3M

**71 Kennedy St Holdings LLC**

All In Costs: $18M

Value: $27M

**429 Kennedy St Holdings LLC**

All In Costs: $4.75M

Value: $8M

**208 First St Holdings LLC**

All In Costs: $15M

Value: $27M

**729 Kennedy St Holdings LLC**

All In Costs: $2.5

Value: $4.5

**433 Kennedy Holdings LLC**

All In Costs: $4.75M

Value: $8M

**635 East Main Holdings LLC**

All In Costs: $4.75M

Value: $8M

**431 Kennedy Holdings LLC**

All In Costs: $4.75M

Value: $8M


**WCP Assets Contributed**


**1216 Raum St NE**

All In Costs: $2M

Value: $4M

## 1732-1736 Trinidad Ave NE

All In Costs: $2.4M

Value: $4.5M

## 1619 Swann St NW

All In Costs: $2.3M

Value: $4M

## 2449 P St NW

All In Costs: $2.1M

Value: $2.75M

—

Image removed by sender.

Charles Paxton Paret

Managing Partner

e.  cpp@colomariver.com

m.  202.834.7673

DC | NYC | ATL | LA

This communication, including attachments, is for the exclusive use of

the named recipient and may contain proprietary, confidential or

privileged information. If you are not the intended recipient, any

use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies. Unless specifically noted, the views, opinions and statements contained within this communication should not be construed to be the official position of

Coloma River Holdings

, LLC.