# Exhibit 11

Previous editions are obsolete     form HUD-1 (3/86) ref Handbook 4305.2

A. **Settlement Statement**     U.S. Department of Housing and Urban Development

B. Type of Loan     OMB Approval No. 2502-0265     **FINAL**

| | |
|---|---|
| 1. ☐FHA   2. ☐FmHA   3. ☒Conv. Unins. | 6. File Number   **20-0387SMS**    7. Loan Number   **420000380**    8. Mortgage Insurance Case Number |
| 4. ☐VA   5. ☐Conv. Ins. | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 04/10/2020 at 10:03 KB

| | |
|---|---|
| D. NAME OF BORROWER: | 1260 Holbrook Holdings, LLC |
| ADDRESS: | 1215 1st Street, NE, PHC, Washington, DC 20002 |
| E. NAME OF SELLER: | N/A |
| ADDRESS: | |
| F. NAME OF LENDER: | Congressional Bank |
| ADDRESS: | 6701 Democracy Blvd., Suite 400, Bethesda, MD 20817 |
| G. PROPERTY ADDRESS: | 1260 Holbrook Terrace, NE, Washington, DC 20002 |
| | 4055 0049 |
| H. SETTLEMENT AGENT: | District Title, A Corporation |
| PLACE OF SETTLEMENT: | 1150 Connecticut Avenue, NW, Suite 201, Washington DC 20036 |
| I. SETTLEMENT DATE: | 04/10/2020 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 59,879.17 | 403. | |
| 104. Payoff:LOAN-002241 | 1,419,875.00 | 404. | |
|    WCP Fund I LLC | | | |
| 105. Paydown LOAN-002243 | 88,120.83 | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 1,567,875.00 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Amount of Loan $1,850,000.00 | | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. Loan Advance | 1,567,875.00 | 505. | |
|    Congressional Bank | | | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 1,567,875.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 1,567,875.00 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 1,567,875.00 | 602. Less reduction amount due seller (line 520) | |
| **303. CASH FROM BORROWER** | 0.00 | **603. CASH TO SELLER** | 0.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: 68-0547548,except VA: VA Fed. Tax ID No: 30-0283179) with your correct taxpayer identification number. If you do not provide your correct taxpayer number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____ - _____ - _____ / _____ - _____ -_____   SELLER(S) SIGNATURE(S): _____ / _____

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____(H) _____(W)

Previous editions are obsolete

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

form HUD-1 (3/86) ref Handbook 4305.2

File Number: 20-0387   **FINAL**   PAGE 2

**SETTLEMENT STATEMENT**

TitleExpress Settlement System  Printed 04/10/2020 at 10:03 KB

| L.  SETTLEMENT CHARGES | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700.  TOTAL SALES/BROKER'S COMMISSION based on price $ = | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703.  Commission paid at Settlement | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801.  Loan Origination Fee        1.000 % **Congressional Bank** | | LR | 18,500.00 | |
| 802.  Loan Discount                          % | | | | |
| 803.  Appraisal Fee         to **Sapperstein & Assoc** | | LR | 3,000.00 | |
| 804.  Credit Report         to **Factual Data** | | LR | 70.00 | |
| 805.  Doc Prep Fee         to **Congressional Bank** | | LR | 675.00 | |
| 806.  Appraisal Review-1260 Holbroo    to **MidLantic Financial** | | LR | 750.00 | |
| 807.  Flood Cert Fee         to **Factual Data** | | LR | 10.00 | |
| 808.  UCC Search Fee         to **CT Lien Solutions** | | LR | 30.30 | |
| 809.  UCC Continuation Fee         to **CT Lien Solutions** | | LR | 75.00 | |
| 810.  Tax Service Fee         to **CoreLogic** | | LR | 221.00 | |
| 811.  Appraisal Review-1471 Girard         to **MidLantic Financial** | | LR | 750.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901.  Interest  From         to         @$         /day | | | | |
| 902.  Mortgage Insurance Premium  for     **months** to | | | | |
| 903.  Hazard Insurance Premium  for         **years**  to **Chenault Insurance Service, LLC** | | | 5,970.00 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001.  Hazard Insurance         mo. @ $         /mo | | | | |
| 1002.  Mortgage Insurance         mo. @ $         /mo | | | | |
| 1003.  City Property Taxes         mo. @ $         /mo | | | | |
| 1004.  County Property Taxes         mo. @ $         /mo | | | | |
| 1005.  Annual Assessments         mo. @ $         /mo | | | | |
| 1009.  Aggregate Analysis Adjustment | | | 0.00 | 0.00 |
| **1100. TITLE CHARGES** | | | | |
| 1101.  Settlement or Closing Fee         to **District Title, A Corporation** | | | 395.00 | |
| 1102.  Abstract or Title Search         to **Executive Abstracting Company** | | | 125.00 | |
| 1103.  Title Examination | | | | |
| 1104.  Title Insurance Binder         to **District Title, A Corporation** | | | 495.00 | |
| 1105.  Document Preparation         to **District Title, A Corporation** | | | 150.00 | |
| 1106.  Notary Fees | | | | |
| 1107.  Attorney's fees | | | | |
| (includes above items No:                                              ) | | | | |
| 1108.  Title Insurance         to **Fidelity National Title Insurance Company** | | | 4,527.50 | |
| (includes above items No:                                              ) | | | | |
| 1109.  Lender's Policy         1,850,000.00  - 4,477.50 | | | | |
| 1110.  Owner's Policy | | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113.  Release Tracking Fee         to **reQuire** | | | 35.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201.  Recording Fees Deed $         ; Mortgage $ **161.27**         ; Release $ **36.27** | | | 197.54 | |
| 1202.  City Transfer Tax         Deed $         ; Mortgage $ | | | | |
| 1203.  City Recordation Tax         Deed $         ; Mortgage $ **6,815.00** | | | 6,815.00 | |
| 1204.  AOR & UCC Recording         to **D.C. Treasurer** | | | 72.54 | |
| 1205.  Subordination Recording         to **D.C. Treasurer** | | | 36.27 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301.  Survey | | | | |
| 1302.  Property Taxes - GT 4/30         to **D.C. Treasurer** | | | 11,421.52 | |
| 1303.  WASA Lien - EST         to **DC Water** | | | 5,000.00 | |
| 1304.  UCC Retrieval Search         to **UCC Retrievals Inc.** | | | 557.50 | |
| **1400. TOTAL SETTLEMENT CHARGES**         (enter on lines 103, Section J and 502, Section K) | | | 59,879.17 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement. In the event a monetary adjustment is required in my account, I agree to reimburse the settlement agent for such adjustment.

By signing below, I also acknowledge that District Title does its best to ensure that the above numbers are correct and accurate numbers per the terms of the contract, loan commitment and/or county/ city/ state recording fees. However, in the event that any of the above figures differ from the contract, loan commitment and/or county/state recording fees I agree to within seven (7) days,  provide District Title with the correct monies. I also understand that District Title is relying upon my agreement and if District Title has to bring legal action that I shall be responsible for actual damage (including interest) court costs and reasonable attorneys fees.

Finally because of the administrative burden of refunding excess release money, any monies not necessary for the recording of releases on line 1201 may be retained, as profit, by District Title.
1260 Holbrook Holdings, LLC


By: Daniel Huertas, Manager

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By:_____
                              DATE