**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In RE: | ) | **23-00217-ELG** |
| | ) | |
| CHARLES PAXTON PARET, | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 Trustee | ) | |
| for Charles Paret | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| DANIEL HUERTAS, ET AL., | ) | |
| | ) | **Adv. Proc 23-10025-ELG** |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF HEARING ON THE TRUSTEE'S MOTION FOR SUMMARY JUDGMENT
ON COUNT I OF THE THIRD AMENDED COMPLAINT**

NOTICE IS HEREBY GIVEN that the Trustee of Debtor Charles Paxton Paret's estate (the "Trustee") has filed a motion for summary judgment in these consolidated cases. The trustee seeks a partial summary judgment order entering judgment in favor of the Trustee on Count I of its Third Amended Complaint and declaring the existence a partnership between Daniel Huertas, DP Capital LLC, and Charles Paret. The grounds for the Motion are set forth in the accompanying Memorandum in Support of the Trustee's Motion for Summary Judgment and Statement of Material Facts and supporting exhibits.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE April 22, 2026, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a

1

complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for April 29, 2026 at 2:00 p.m. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov

Dated: March 20, 2026

**BLANK ROME LLP**

Lisa M. Coyle
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 885-5592
lisa.coyle@blankrome.com
Pro Hac Vice Motion To be Filed

**TEMPLE LAW OFFICES**

*/s/ DRAFT*
Donald M. Temple #408749
2522-B Virginia Avenue, N.W.
Washington, DC 20037
Tel: (202) 628-1101
dtemplelaw@gmail.com

*Counsel of Record for Wendall W. Webster,
Chapter 7 Trustee for Charles Paxton Paret*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2026, a copy of this filing was delivered via ECF on

the following:


Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com

*Counsel for Defendants*


_/s/ Donald Temple_
Donald Temple

3