Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES PAXTON PARET, | ) | Case No. 23-217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| WENDELL WEBSTER, CHAPTER 7 TRUSTEE, | ) | |
| | ) | Adv. Case No. 23-10025-ELG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT MOTION

Come now the defendants in this case (the "Defendants"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)(A), and move to extend—to the close of Sunday, April 26, 2026—the deadline to respond to the partial summary judgment motion (the "MPSJ"), DE #55, filed by Wendell Webster (the "Trustee"), and in support thereof state as follows:

An opposition to the MPSJ is presently due on April 22, 2026, *see* DE #57, with a hearing thereupon scheduled for April 29, 2026, *id.* The Defendants do *not* seek to continue the hearing

1

but, rather, request only an extension—to and through the weekend—to produce a responsive brief (inclusive of any argument in favor of Rule 56(f) relief).

Governing rules permit such an extension "at any time and for cause." Fed. R. Bankr. P. 9006(b)(1). Since the deadline has not yet elapsed, such relief may be requested *ex parte*, without formal notice. Fed. R. Bankr. P. 9006(b)(1)(A).

Cause exists instantly insofar as added time will allow the preparation of a more thorough and comprehensive brief. Undersigned counsel has represented the Defendants in this matter from the outset but, equally, has been unexpectedly required to devote time to unrelated matters (on behalf of unrelated clients) in recent days, including (i) a flurry of motions filed by an opposing party in a matter in the United States Bankruptcy Court for the District of Maryland; (ii) supervision of a new matter, where undersigned counsel's colleague is representing the debtor, in this Honorable Court; (iii) the representation of an *ad hoc* committee of farmers in a matter in the United States Bankruptcy Court for the District of Nebraska; and (iv) the management of various post-confirmation issues (of an unforeseen variety) in connection with the jointly administered cases of 41 debtors in this Honorable Court.

The extension sought herein is not intended to foment any delay and, to the contrary, the Defendants are *not* seeking a continuance of the hearing on the MPSJ. The extension is simply sought to allow for more thorough briefing, and it is respectfully urged such is ultimately beneficial to all parties in interest (and this Honorable Court) insofar as such will invite a more streamlined hearing on the MPSJ.

WHEREFORE, the Defendants respectfully pray this Honorable Court continue, to and through Sunday, April 26, 2026, the deadline to respond to the MPSJ, and for such other and further relief as may be just and proper.

Respectfully submitted,

Dated: April 21, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2026, a copy of the foregoing was served on all parties through this Honorable Court's CM/ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3