The order below is hereby signed.

Signed: April 21 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| | ) | |
| Wendell Webster, Chapter 7 Trustee | ) | Adversary Case No. 23-10025-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Daniel Huertas, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION TO EXTEND TIME TO
### RESPOND TO SUMMARY JUDGMENT MOTION

Upon consideration of the Motion to Extend Time to Respond to Summary Judgment

Motion (the "Motion"), DE #59, the existence of good cause demonstrated therein, the record, and

governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that the defendants in this case shall have to and through Sunday, April 26, 2026 to respond to the pending partial summary judgment motion, DE #55, of the trustee, with such extension being inclusive of any request for relief under Federal Rule of Civil Procedure 56(f).

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*


Copies to: All counsel of record via CM/ECF

2