**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES PAXTON PARET, | ) | Case No. 23-217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| WENDELL WEBSTER, CHAPTER 7 TRUSTEE, | ) | |
| | ) | Adv. Case No. 23-10025-ELG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF DANIEL HUERTAS**

1.      My name is Daniel Huertas, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.      I am a defendant in the above-captioned litigation.

3.      While I am a member of DP Capital, LLC ("DPCL"), I am not the sole member of that entity.

4.      While I am a member of WCP Fund I LLC ("WCP"), I am not the sole member of that entity.

5.      At no time I have ever intended to make a binding proposal to Charles Paret ("Mr. Paret") through e-mail or text message.

6.      At no time I have ever intended to enter into any agreement with Mr. Paret through e-mail or text message.

1

7.      When I intend to be personally bound to any business agreement, or to cause DPCL or WCP to be bound to any business agreement, I ensure such agreement is memorialized in a formal writing, drafted and reviewed by counsel, and signed by at least the counterparty(ies) thereto.

8.      WCP and DPCL are legally distinct entities, formed in separate states, with different rosters of equity members.

9.      To the best of my knowledge, there does not exist an entity known as "Washington Capital Partners, LLC," though DPCL uses "Washington Capital Partners" (sans any "LLC") as a tradename.

10.     The records appended to the same brief as this declaration, as Exhibit C, appear to be a true and accurate summary of DPCL's status with the Commonwealth of Virginia—inclusive of the listing of the aforesaid registered tradename.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 4/26/2026

Signed by:

*Daniel Huertas*
5DB7DC369DB344C...
Daniel Huertas