



A-    A    A+

Name History

## Entity Information

| | |
|---|---|
| Entity Name: | DP Capital LLC |
| Entity Type: | Limited Liability Company |
| Series LLC: | No |
| Formation Date: | 11/12/2010 |
| VA Qualification Date: | 11/12/2010 |
| Industry Code: | 0 - General |
| Jurisdiction: | VA |
| Registration Fee Due Date: | Not Required |

| | |
|---|---|
| Entity ID: | S3444579 |
| Entity Status: | **Active** |
| Reason for Status: | Active |
| Status Date: | 12/22/2022 |
| Period of Duration: | Perpetual |
| Annual Report Due Date: | N/A |
| Charter Fee: | N/A |

## Name History Details

| Effective Start Date | Effective End Date | Name | Name Type |
|---|---|---|---|
| 08/01/2011 | N/A | WASHINGTON CAPITAL PARTNERS (FAIRFAX CO) | Fictitious Name |
| N/A | N/A | DP CAPITAL LLC | Legal Name |

**Page 1 of 1, records 1 to 2 of 2**

Back    Return to Search    Return to Results    Back to Login

Privacy Policy    |    Contact Us

State Corporation Commission

Clerk's Information System

Privacy Policy | Contact Us