**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In RE: | ) | **23-00217-ELG** |
| | ) | |
| CHARLES PAXTON PARET, | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 | ) | |
| Trustee for Charles Paret, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, ET AL., | ) | **Adv. Proc 23-10025-ELG** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***
**(Lisa M. Coyle)**

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the District of Columbia, made applicable to this proceeding pursuant to Local Bankruptcy Rule 2090-1(a), Donald M. Temple ("**Movant**"), a member in good standing of the Bar of this Court, respectfully moves for the admission of Lisa M. Coyle ("**Admittee**") to appear *pro hac vice* in the above-captioned chapter 7 case and adversary proceeding as counsel for Wendall W. Webster, Chapter 7 Trustee for Charles Paret. As demonstrated by the *Declaration of Lisa M. Coyle* attached hereto and incorporated herein as **Exhibit A**, Movant states as follows:

1.      The proposed Admittee is an attorney with the law firm of Blank Rome LLP with offices at 1271 Avenue of the Americas, New York, NY 10020; telephone (212) 885-5009; e-mail: lisa.coyle@blankrome.com. The proposed Admittee is not a member of the Bar of this Court.

1

2.     The proposed Admittee is a member in good standing of the New York State Bar; the New York State Appellate Division/1st Judicial Department; the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York; the United States District Court for the Northern District of New York; the United States District Court for the Western District of New York; the United States Court of Appeals for the District of Columbia; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; and the United States Court of Appeals for the Ninth Circuit.

3.     During the two years immediately preceding the filing of this motion, the proposed Admittee has not been admitted *pro hac vice* before this Court.

4.     The proposed Admittee has never been disciplined by any bar.

5.     The proposed Admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

6.     Co-counsel for the proposed Admittee in these proceedings will be the undersigned, who has been formally admitted to the Bar of this Court.

7.     It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

Dated: April 28, 2026                                    Respectfully submitted,


**BLANK ROME LLP**                                       **TEMPLE LAW OFFICES**

Lisa M. Coyle (*pro hac vice* pending)                   */s/ Donald M. Temple*
1271 Avenue of the Americas                              Donald M. Temple #408749
New York, New York 10020                                 2522-A Virginia Avenue, N.W.
Tel: (212) 885-5592                                      Washington, DC 20037
lisa.coyle@blankrome.com                                 Tel: (202) 628-1101
                                                         dtemplelaw@gmail.com

                                                         *Counsel for Wendall W. Webster, Chapter 7*
                                                         *Trustee for Charles Paxton Paret*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on  April 28, 2026, notice of filing the foregoing ***Motion for Admission Pro Hac Vice (Lisa M. Coyle)*** was served via the CM/ECF system on all parties receiving such notice.

*/s/ Donald Temple*
Donald Temple

4