**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In RE: | ) | **23-00217-ELG** |
| | ) | |
| CHARLES PAXTON PARET, | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 | ) | |
| Trustee for Charles Paret, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, ET AL., | ) | **Adv. Proc 23-10025-ELG** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT MOTION FOR CONTINUANCE OF HEARING AND APPROVAL OF**
**REVISED SCHEDULING ORDER**

COMES NOW the Parties, by and through undersigned counsel, and respectfully move this Honorable Court for entry of an Order continuing the hearing currently scheduled for April 29, 2026, and in support thereof state as follows:

The immediate Motion is filed with the consent of all parties to the matter. Counsel for all interested parties have conferred and agreed that continuance is appropriate and under the circumstances.  Issues to be addressed at that hearing are significant and require full and fair preparation by all parties to ensure an efficient and meaningful proceeding.

Good cause exists for a continuance, including the need for adequate preparation: The issues before the Court involve complex factual and/or legal matters and possibly issues of first impression that necessitate further preparation to ensure the Court is fully and accurately informed.

1

Additionally, administrative matters and docketing matters, including the proper re-filing of a motion for admission *pro hac vice*, must be addressed to ensure procedural compliance and avoid confusion in the record.

Granting a continuance will not prejudice any party and will instead facilitate a more orderly and efficient adjudication of the issues before the Court. The Parties respectfully request that the hearing be continued to: Tuesday, May 19, 2026, at 1:00 p.m. This date has been identified as acceptable to the Court, subject to formal motion and approval.

The Parties propose that all related deadlines be adjusted consistent with the new hearing date, including: that any supplemental responsive filings, including the Reply to the Opposition and Opposition to the Respondent's Dispositive motion be filed by not later than May 15, 2026. A proposed Order reflecting these adjustments is submitted herewith.

This is the first request for a continuance of this hearing.  Further, this Motion is filed prior to the Court's 4:00 p.m. deadline in accordance with the applicable Local Bankruptcy Rules.

Dated: April 28, 2026                                    Respectfully submitted,

**BLANK ROME LLP**                            **TEMPLE LAW OFFICES**

Lisa M. Coyle (*pro hac vice* forthcoming)    */s/ Donald M. Temple*
1271 Avenue of the Americas                   Donald M. Temple #408749
New York, New York 10020                      2522-B Virginia Avenue, N.W.
Tel: (212) 885-5592                           Washington, DC 20037
lisa.coyle@blankrome.com                      Tel: (202) 628-1101
                                              dtemplelaw@gmail.com

                                              *Counsel for Wendall W. Webster, Chapter 7*
                                              *Trustee for Charles Paxton Paret*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, notice of filing the foregoing Consent Motion for Continuance of Hearing and Approval of Revised Scheduling Order was served via the CM/ECF system on all parties receiving such notice.

*/s/ Donald Temple*
Donald Temple