**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In RE: | ) | **23-00217-ELG** |
| | ) | |
| CHARLES PAXTON PARET, | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 | ) | |
| Trustee for Charles Paret, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, ET AL., | ) | **Adv. Proc 23-10025-ELG** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING CONSENT MOTION FOR CONTINUANCE OF HEARING AND**
**APPROVAL OF REVISED SCHEDULING ORDER**

This Court having considered the Consent Motion for Continuance of Hearing and

Approval of Revised Scheduling Order (the "**Motion**") filed on behalf of Wendall W. Webster,

Chapter 7 Trustee for Charles Paret, and upon good cause shown, it is by the United States

Bankruptcy Court of the District of Columbia, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the hearing scheduled for April 29, 2026 is continued to May 19, 2026

at 1:00 p.m.; and it is further

**ORDERED** that all related deadlines are modified consistent with the revised schedule proposed by the Parties.

I ASK FOR THIS:

*/s/ Donald M. Temple*
Donald M. Temple #408749
Temple Law Offices
2522-B Virginia Avenue, N.W.
Washington, DC 20037
Tel: (202) 628-1101
dtemplelaw@gmail.com

Lisa M. Coyle (*pro hac vice* pending)
Blank Rome LLP
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 885-5592
lisa.coyle@blankrome.com

*Counsel for Wendall W. Webster, Chapter 7 Trustee for Charles Paxton Paret*

Copies to: All counsel of record via CM/ECF