The order below is hereby signed.

Signed: April 28 2026



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In RE: | ) | **23-00217-ELG** |
| | ) | |
| CHARLES PAXTON PARET, | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 | ) | |
| Trustee for Charles Paret, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, ET AL., | ) | **Adv. Proc 23-10025-ELG** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE</u>
### (Lisa M. Coyle)

This Court having considered the *Motion for Admission Pro Hac Vice* (the "**Motion**")

filed on behalf of Lisa M. Coyle as counsel to Wendall W. Webster, Chapter 7 Trustee for Charles

Paret, and her Declaration in support thereof, and upon the recommendation of Donald M.

Temple, co-counsel herein, it is by the United States Bankruptcy Court of the District of

Columbia,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Lisa M. Coyle is hereby **ADMITTED** *pro hac vice* to appear in the

above captioned chapter 7 case and the associated adversary proceeding.

I ASK FOR THIS:

*/s/ Donald M. Temple*
Donald M. Temple #408749
Temple Law Offices
2522-B Virginia Avenue, N.W.
Washington, DC 20037
Tel: (202) 628-1101
dtemplelaw@gmail.com

Lisa M. Coyle (*pro hac vice* pending)
Blank Rome LLP
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 885-5592
lisa.coyle@blankrome.com

*Counsel for Wendall W. Webster, Chapter 7 Trustee for Charles Paxton Paret*


End of Order.

Copies to:

Donald M. Temple #408749
2522-B Virginia Avenue, N.W.
Washington, DC 20037
Tel: (202) 628-1101
dtemplelaw@gmail.com

Lisa M. Coyle
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 885-5592
lisa.coyle@blankrome.com

Justin P. Fasano
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301:441-2420
jfasano@mhlawyers.com

*Counsel of Record for Wendall W. Webster,*
*Chapter 7 Trustee for Charles Paxton Paret*

United States Bankruptcy Court

District of Columbia

Webster,

     Plaintiff                                                                    Adv. Proc. No. 23-10025-ELG

Huertas,

     Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**　　　　**Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID**　　　　　　**Recipient Name and Address**
　　　　　　　　+　Lisa M. Coyle, Blank Rome , LLP, 1271 Ave of the Americas, New York, NY 10020-1303

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

**Name**　　　　　　　　**Email Address**

Donald Melvin Temple

　　　　　　on behalf of Plaintiff Wendell W. Webster Dtemplelaw@gmail.com

Justin Philip Fasano

　　　　　　on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
　　　　　　jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Maurice Belmont VerStandig

　　　　　　on behalf of Defendant Washington Capital Partners mac@mbvesq.com
　　　　　　lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

　　　　　　on behalf of Defendant DP Capital  LLC mac@mbvesq.com,
　　　　　　lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

　　　　　　on behalf of Defendant Daniel Huertas mac@mbvesq.com

District/off: 0090-1                     User: admin                                      Page 2 of 2

Date Rcvd: Apr 29, 2026                  Form ID: pdf001                                  Total Noticed: 1

                      lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

                      on behalf of Defendant WCP Fund I  LLC mac@mbvesq.com,
                      lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Todd Lewis

                      on behalf of Attorney Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com

Wendell W. Webster

                      wwebster@websterfredrickson.com  DC03@ecfcbis.com


TOTAL: 8