Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES PAXTON PARET, | ) | Case No. 23-217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| WENDELL WEBSTER, CHAPTER 7 TRUSTEE, | ) | |
| | ) | Adv. Case No. 23-10025-ELG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SURREPLY TO THE TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR**
**SUMMARY JUDGMENT ON COUNT I OF THE THIRD AMENDED COMPLAINT**

Come now Daniel Huertas and DP Capital LLC d/b/a Washington Capital Partners (the "Defendants"), by and through undersigned counsel, in surreply to the reply brief (the "Reply"), DE #73, filed by Wendell Webster (the "Trustee") in his capacity as chapter 7 trustee of the bankruptcy estate of Charles Paret, and state as follows:

1

The Reply opens with—and later echoes—an argument premised upon the Defendants' lack of adherence to the rigors of Local Civil Rule 7(h)(1). *See* Reply, DE #73, at pp. 1, 5 (citing LCvR 7(h)(1)).

As indicated in the caption of the Reply, this matter is pending in the United States Bankruptcy Court for the District of Columbia, not the United States District Court for the District of Columbia. *See* Reply, DE #73, at caption. Local Civil Rule 7(h)(1) is not applicable in this Honorable Court. *See* 28 U.S.C. § 151; 28 U.S.C. § 157(a); DCt.LBR 5011-1; DCt.LBR 9029-1.

The Trustee has been on the panel of chapter 7 trustees in this Honorable Court for well more than three decades. It is respectfully urged that he is assuredly aware of the court in which this case is pending.

The Defendants will address the balance of the Reply at oral argument.

WHEREFORE, the Defendants respectfully pray this Honorable Court (i) deny the motion for summary judgment; (ii) enter judgment in favor of the Defendants, and against the Trustee, pursuant to the allowances of Federal Rule of Civil Procedure 56(f); and (iii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: May 16, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

*[Certificate of Service on Following Page]*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of May, 2026, a copy of the foregoing was served on all parties through this Honorable Court's CM/ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig