The order below is hereby signed.

Signed: May 21 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00217-ELG** |
| **Charles Paxton Paret,** **Debtor.** | **Chapter 7** |
| **Wendell W. Webster,** **Plaintiff,** | **Adv. Pro. 23-10025-ELG** |
| **v.** | |
| **Daniel Huertas, et al.,** **Defendants.** | |

### ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT

On May 19, 2026, the Court held a hearing (the "Hearing") on the *Motion for Summary Judgment on Count I of the Third Amended Complaint* (the "Motion for Summary Judgment") (ECF No. 55) and the Civil Rule 56(f) cross-motion (the "Cross Motion") contained in the *Opposition to the Trustee's Motion for Summary Judgment on Count I of the Third Amended Complaint* (the "Opposition") (ECF No. 62).[1]

For the reasons stated on the record at the Hearing, it is **ORDERED, ADJUDGED,** and **DECREED** that:

---

[1] Unless specifically indicated otherwise, all section references are to Title 11 of the United States Code (the "Bankruptcy Code"). The Federal Rules of Bankruptcy Procedure shall be referred to as the "Bankruptcy Rules," and the Federal Rules of Civil Procedure shall be referred to as the "Civil Rules" herein.

1.	There are genuine issues of material fact that preclude a grant of summary judgment. Therefore, the Motion for Summary Judgment (ECF No. 55) is **DENIED**, and the Cross Motion (ECF No. 62) is **DENIED**.

2.	A trial on the *Third Amended Complaint* (ECF No. 38) shall be set by separate order.

3.	The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: Alleged Debtor; recipients of electronic filing