The order below is hereby signed.

Signed: June 23 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| CHARLES PAXTON PARET, | ) Case No. 23-217-ELG |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| | ) |
| WENDELL WEBSTER, CHAPTER 7 TRUSTEE, | ) |
| | ) Adv. Case No. 23-10025-ELG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL HUERTAS, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel (the "Motion"), filed by

Maurice B. VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), the lack of

opposition thereto, governing law, and the record herein, it is, by the United States Bankuptcy

Court for the District of Columbia, hereby:

ORDERED, that he Motion be, and hereby is, GRANTED; and it is further

1

2

ORDERRED, that the appearance of VLF, as counsel for (i) Daniel Huertas, (ii) WCP Fund I LLC, and (iii) DP Capital, LLC d/b/a Washington Capital Partners be, and hereby is, WITHDRAWN.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for The VerStandig*
*Law Firm, LLC*