**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: | |
| **CHARLES PAXTON PARET**, | Case No.: 23-00217-ELG |
| *Debtor.* | Chapter 7 |
| **WENDELL WEBSTER**, *Chapter 7 Trustee*, | Adv. Pro. No.: 23-10025-ELG |
| *Plaintiff*, | |
| v. | |
| **DANIEL HUERTAS**, *et al.*, | |
| *Defendants*. | |

## ENTRY OF APPEARANCE FOR DEFENDANTS

Please enter the appearances of Steven J. Willner, Esq. and Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. as counsel of record for Defendants, Daniel Huertas, WCP Fund I LLC, and DP Capital LLC d/b/a Washington Capital Partners.

Respectfully submitted,

*/s/     Steven J. Willner*
Steven J. Willner (Bar No. 888230698)
**NEUBERGER QUINN GIELEN**
**RUBIN & GIBBER, P.A.**
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone:    (410) 332-8550
Facsimile:    (410) 332-8594
sjw@nqgrg.com

*Attorneys for the Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 4th day of August 2026, a copy of the foregoing was served via ECF/CM upon all counsel of record.

/s/  *Steven J. Willner*
Steven J. Willner (Bar No. 888230698)

4937-3995-3856  v. 1