**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**CHARLES PAXTON PARET**,<br><br>*Debtor.* | Case No.: 23-00217-ELG<br><br>Chapter 7 |
| **WENDELL WEBSTER**, *Chapter 7 Trustee*,<br><br>*Plaintiff*,<br><br>**v.**<br><br>**DANIEL HUERTAS**, *et al.*,<br><br>*Defendants*. | Adv. Pro. No.: 23-10025-ELG |

**ORDER GRANTING MOTION TO POSTPONE TRIAL**

UPON CONSIDERATION OF Defendants' *Motion to Postpone Trial*, and any response thereto, and for good and sufficient cause therefore, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED that Defendants' *Motion to Postpone Trial* is **GRANTED**, and it is further

ORDERED that phase one of the bifurcated trial in this adversary proceeding, on the issue of whether a partnership was formed, is hereby rescheduled and shall be held on the two days of

______________________________, beginning each day at 10:00 a.m. The parties shall file and exchange witness lists and exhibit lists, and shall exchange their proposed trial exhibits, no later than seven (7) days prior to the first day of trial.

**END OF ORDER.**

I ask for this:

*/s/ Steven J. Willner*
Steven J. Willner (Bar No. 888230698)
**NEUBERGER QUINN GIELEN**
**RUBIN & GIBBER, P.A.**
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8550
Facsimile: (410) 332-8594
sjw@nqgrg.com
*Attorneys for the Defendants*

Copies to: All counsel of record via CM/ECF