**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**CHARLES PAXTON PARET**,<br><br>*Debtor.* | Case No.: 23-00217-ELG<br><br>Chapter 7 |
| **WENDELL WEBSTER**, *Chapter 7 Trustee*,<br><br>*Plaintiff*,<br><br>**v.**<br><br>**DANIEL HUERTAS**, *et al.*,<br><br>*Defendants*. | Adv. Pro. No.: 23-10025-ELG |

**NOTICE OF MOTION TO POSTPONE TRIAL,**
**DEADLINE TO RESPOND, AND HEARING THEREON**

NOTICE IS HEREBY GIVEN that Defendants Daniel Huertas, WCP Fund I LLC, and DP Capital LLC d/b/a Washington Capital Partners have filed a Motion to Postpone Trial.

NOTICE OF DEADLINE TO RESPOND. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE SEPTEMBER 11, 2026, you must file and serve a written response to the motion. The response must be filed with the Clerk of the Bankruptcy Court, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for SEPTEMBER 16, 2026 at

10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: September 2, 2026

*/s/ Steven J. Willner*

Steven J. Willner (Bar No. 888230698)
**NEUBERGER QUINN GIELEN**
**RUBIN & GIBBER, P.A.**
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8550
Facsimile: (410) 332-8594
sjw@nqgrg.com

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 2nd day of September 2026, a copy of the foregoing was served via ECF/CM upon all counsel of record.

*/s/ Steven J. Willner*

Steven J. Willner (Bar No. 888230698)