The order below is hereby signed.

Signed: September 15 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br>**Charles Paxton Paret,**<br><br>**Debtor.** | **Case No. 23-00217-ELG**<br><br>**Chapter 7** |
| **Wendell W. Webster,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Daniel Huertas, et al.,**<br>**Defendants.** | **Adv. Pro. 23-10025-ELG** |

## <u>ORDER GRANTING MOTION TO POSTPONE TRIAL</u>

On May 19, 2026, the Court held a hearing (the "Hearing") on the *Motion for Summary Judgment on Count I of the Third Amended Complaint* (ECF No. 55) filed by Wendell W. Webster (the "Plaintiff") and the Civil Rule 56(f) cross-motion contained in the *Opposition to the Trustee's Motion for Summary Judgment on Count I of the Third Amended Complaint* (ECF No. 62) filed by Daniel Huertas, WCP Fund I LLC, and DP Capital LLC d/b/a Washington Capital Partners (collectively, the "Defendants"). At the conclusion of the Hearing, the Court allowed the parties to confer regarding length of trial and scheduling. The parties requested a bifurcated, four-day trial

as to liability, which the Court set for October 27-30, 2026, and the parties were instructed to submit a pre-trial scheduling order (the "Pre-Trial Order"). Prior to the Hearing, the discovery, expert witness disclosure, and dispositive motion deadlines had passed. *See Scheduling Order*, ECF No. 53. Thus, the Pre-Trial Order was solely to establish deadlines for filing and exchanging lists of trial exhibits, witnesses, and pre-trial statements on phase one of the litigation as to liability. Despite the requirement to submit the proposed Pre-Trial Order, the parties failed to do so.

On September 2, 2026, the Defendants filed a *Motion to Postpone Trial* (the "Motion") (ECF No. 85). The Defendants acknowledge that the parties never submitted a Pre-Trial Order, but point to the June 23, 2026 withdrawal of prior counsel and August 4, 2026 entry of appearance of new counsel as "good cause" to delay the trial. The Defendants further argue that current counsel's entry into this case almost three months prior to scheduled trial date as being "just before" trial and that a delay will not prejudice the Plaintiff/Trustee. The Court finds these arguments unpersuasive and is not convinced that the circumstances merit a continuance. The Court's schedule is not a matter of convenience and parties are expected to prepare diligently and to comply with directives of the Court, and the Court is not in the practice of allowing the failure of the parties to abide by its orders to serve as the basis for a continuance of a trial date. Notwithstanding all the above, and due to the facts and circumstances of this case, the Court finds that a continuance will aid in judicial economy and avoid potential delays at trial.

However, as the Plaintiff has not objected to the Motion, and it appearing that it will benefit judicial economy and avoid delays at trial, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion (ECF No. 85) is **GRANTED**.

2. Plaintiff's counsel and Defendants' counsel shall appear before the Court on **September 23, 2026** at **10:00 A.M.** to reset trial dates and establish pre-trial deadlines. Counsel shall confer prior to the hearing and be prepared to advise the Court as to (a) whether the parties believe four days will still be required for trial and (b) whether there are any facts or issues that the parties stipulate are not in dispute for purposes of the liability portion of the trial. The hearing will be held in Courtroom 1, 333 Constitution Avenue NW, Washington, D.C. 20001 and via Zoom. Contact Gunn_Hearings@dcb.uscourts.gov for Zoom information.

3. Once the new trial date is set, the trial will not be rescheduled absent extraordinary, unforeseen circumstances.

[Signed and dated above.]

Copies to: recipients of electronic notification

United States Bankruptcy Court
District of Columbia

Webster,
Plaintiff
Huertas,
Defendant

Adv. Proc. No. 23-10025-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Sep 15, 2026 Form ID: pdf001 Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Welch Family Limited Partnership Nine, c/o Kitsune Lyon, PLC, 1007 N. Federal Highway, Suite 2005, Fort Lauderdale, FL 33304-1422 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| dft | + | Daniel Huertas, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 15 2026 22:34:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 15 2026 22:26:54 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2026 22:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Sep 15 2026 22:27:00 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 15 2026 22:34:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 15 2026 22:34:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 15 2026 22:34:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Maurice VerStandig |
| dft | | DP Capital, LLC |

| | |
|---|---|
| dft | WCP Fund I, LLC |
| dft | Washington Capital Partners |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald Melvin Temple | on behalf of Plaintiff Wendell W. Webster Dtemplelaw@gmail.com |
| John E. Lucian | on behalf of Plaintiff Wendell W. Webster lucian@blankrome.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Steven Jay Willner | on behalf of Defendant Washington Capital Partners sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant WCP Fund I LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant DP Capital LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant Daniel Huertas sjw@nqgrg.com |
| Todd Lewis | on behalf of Attorney Welch Family Limited Partnership Nine todd.lewis@tllgpc.com todd.lewis@tllgpc.com |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 10