The order below is hereby signed.

Signed: September 28 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Charles Paxton Paret,**<br>**Debtor.** | **Case No. 23-00217-ELG**<br><br>**Chapter 7** |
| **Wendell W. Webster,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Daniel Huertas, et al.,**<br>**Defendant.** | **Adv. Pro. 23-10025-ELG** |

**ORDER ESTABLISHING DEADLINES AND SETTING**
**<u>TRIAL</u>**

On September 23, 2026, the Court held a hearing (the "Hearing") on the *Motion to Postpone Trial* (the "Motion") (ECF No. 85) filed by DP Capital, LLC, Daniel Huertas, WCP Fund I, LLC, and Washington Capital Partners (the "Defendants") This order establishes important deadlines and sets a trial. Deadlines set forth herein shall not be modified without further order of the Court.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) A trial shall be held on **December 14, 2026, at 9:00 a.m.** and **December 15, 2026, at 9:00 a.m.** The trial will be held in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. On or before **November 30, 2026**, the parties shall file a list of witnesses and a list of proposed exhibits in accordance with Federal Rules of Bankruptcy Procedure 7026(a)(3)(A) and Local Bankruptcy Rule 9070-1. The list of exhibits and list of witnesses may be combined as set forth in Local Bankruptcy Rule 9070-1(a)(1). All objections to the list of witnesses and proposed exhibits must be filed by **December 7, 2026**.

2) The Court encourages the use of mediation as an alternative dispute resolution process in all adversary proceedings and contested matters; however, mediation shall not alter any deadlines in this Scheduling Order absent further order of the Court. A motion for Court approval of non-judicial or neutral mediation is not required. The parties should refer to Local Bankruptcy Rule 9019-2 for alternative dispute resolution options, including judicial mediation, and procedures for participating in the Circuit Court's Mediation Program.

3) If the parties reach a settlement, they shall promptly notify the Court of same.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.