The order below is hereby signed.

Signed: September 28 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Charles Paxton Paret,**<br>**Debtor.** | **Case No. 23-00217-ELG**<br><br>**Chapter 7** |
| **Wendell W. Webster,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Daniel Huertas, et al.,**<br>**Defendant.** | **Adv. Pro. 23-10025-ELG** |

**ORDER ESTABLISHING DEADLINES AND SETTING**
**<u>TRIAL</u>**

On September 23, 2026, the Court held a hearing (the "Hearing") on the *Motion to Postpone Trial* (the "Motion") (ECF No. 85) filed by DP Capital, LLC, Daniel Huertas, WCP Fund I, LLC, and Washington Capital Partners (the "Defendants") This order establishes important deadlines and sets a trial. Deadlines set forth herein shall not be modified without further order of the Court.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) A trial shall be held on **December 14, 2026, at 9:00 a.m.** and **December 15, 2026, at 9:00 a.m.** The trial will be held in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. On or before **November 30, 2026**, the parties shall file a list of witnesses and a list of proposed exhibits in accordance with Federal Rules of Bankruptcy Procedure 7026(a)(3)(A) and Local Bankruptcy Rule 9070-1. The list of exhibits and list of witnesses may be combined as set forth in Local Bankruptcy Rule 9070-1(a)(1). All objections to the list of witnesses and proposed exhibits must be filed by **December 7, 2026**.

2) The Court encourages the use of mediation as an alternative dispute resolution process in all adversary proceedings and contested matters; however, mediation shall not alter any deadlines in this Scheduling Order absent further order of the Court. A motion for Court approval of non-judicial or neutral mediation is not required. The parties should refer to Local Bankruptcy Rule 9019-2 for alternative dispute resolution options, including judicial mediation, and procedures for participating in the Circuit Court's Mediation Program.

3) If the parties reach a settlement, they shall promptly notify the Court of same.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.

United States Bankruptcy Court
District of Columbia

Webster,
Plaintiff
Huertas,
Defendant

Adv. Proc. No. 23-10025-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Sep 28, 2026 Form ID: pdf001 Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Welch Family Limited Partnership Nine, c/o Kitsune Lyon, PLC, 1007 N. Federal Highway, Suite 2005, Fort Lauderdale, FL 33304-1422 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| dft | + | Daniel Huertas, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 28 2026 23:25:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 28 2026 23:17:56 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2026 23:25:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Sep 28 2026 23:17:59 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 28 2026 23:25:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 28 2026 23:25:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 28 2026 23:25:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Maurice VerStandig |
| dft | | DP Capital, LLC |

| | |
|---|---|
| dft | WCP Fund I, LLC |
| dft | Washington Capital Partners |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald Melvin Temple | on behalf of Plaintiff Wendell W. Webster Dtemplelaw@gmail.com |
| John E. Lucian | on behalf of Plaintiff Wendell W. Webster lucian@blankrome.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Steven Jay Willner | on behalf of Defendant Washington Capital Partners sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant WCP Fund I LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant DP Capital LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant Daniel Huertas sjw@nqgrg.com |
| Todd Lewis | on behalf of Attorney Welch Family Limited Partnership Nine todd.lewis@tllgpc.com todd.lewis@tllgpc.com |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 10