**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | : |
| **CHARLES PAXTON PARET**, | : Case No.: 23-00217—ELG |
| Debtor, | : Chapter 7 |
| **WENDELL WEBSTER**, Chapter 7 Trustee | : Adv. Pro. No.: 23-10025-ELG |
| Plaintiff, | : |
| v. | : |
| **DANIELD HUERTAS**, *et al.*, | : |
| Defendants | : |

**NOTICE OF TRUSTEE MOTION TO PRESERVE DISPUTED PARTNERSHIP PROPERTY SALES PROCEEDS AND/OR CREDITOR'S TRANSFER OF NOTES RELATED TO SAID PROPERTY PENDING DECEMBER 2026 TRIAL, DEADLINE TO RESPOND AND HEARING DATE**

NOTICE IS HEREBY GIVE that Charles Paxton Paret, Debtor, has filed a Motion to Preserve Disputed Partnership Property Sales Proceeds and/or Creditor's Transfer of Notes Related to Said Property Pending December 2026 Trial.

NOTICE OF DEADLINE TO RESPOND. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE December 4, 2026, you must file and serve a written response to the motion ('opposition'). The response must be filed with the Clerk of the Bankruptcy Court, 333 Constitution Ave., N.W. Washington, DC 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must

contain a complete specification of the factual and legal grounds upon which your opposition is based. You may submit affidavits and other supporting documents in support of your opposition.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for December 9, 2026, at 10:00 **a.m.** The hearing will be held in a hybrid format, both in Courtroom 1 at the above address and via Zoom video conference. For meeting code, contact Gujnn_Hearings@dcb.uscourts.gov

Dated: November 20, 2026

Respectfully submitted,

***/s/ Donald M. Temple***
Donald M. Temple, D.C. Bar No. 408749
Temple Law Offices
2522-B Virginia Avenue, N.W.
Washington, D.C. 20037
(202) 628-1101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 20th day of November, 2026, a copy of the foregoing was served via ECF/Cm upon all counsel of record.

***/s/Donald M. Temple***
Donald M. Temple